IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERMAINE HICKS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-977 |
| | : | |
| **CITY OF PHILADELPHIA, MARTIN VINSON, ROBERT ELLIS, ARTHUR CAMPBELL, MARK WEBB, MICHAEL YOUSE, FRANK HOLMES, DOUGLAS VOGELMAN, KEVIN HODGES, DENNIS ZUNGOLO, MARY BRIDGET SMITH** | : : : : : : | |

# ORDER

AND NOW, this 24th day of September 2024, upon considering the attached e-mails received by our Chambers e-mail account, it is **ORDERED** defendants' attorneys Benjamin T. Jackal, Esq. and Aleena Yasmeen Sorathia, Esq. shall, no later than **September 25, 2024**, file a complete explanation of what is going on, whether they informed anyone that I had specifically authorized the purported tests, and why.

_____
**MURPHY, J.**

| | |
|---|---|
| **From:** | John U.S.A. |
| **To:** | Murphy_Chambers |
| **Subject:** | women screaming very loud over large very powerful speakers. |
| **Date:** | Monday, September 23, 2024 4:28:39 PM |

**CAUTION - EXTERNAL:**

The neighbors on 15th street would like to know why you gave permission to Ben Jackel Deputy City solicitor and Aleena Sorathis to allow this test to be done at 5:00am on a residential family street.  The screams were played for an hour  and were deeply disturbing. The sounds they are playing are deeply traumatizing and are clearly a woman getting assaulted. Every woman who has been assaulted and lives within a few blocks had   to hear this.

- There are small children on our street and the noise level alone shouldn't be permissible.
- There is a daycare directly next to where the speaker is that opened during the time frame that they've been "testing" this.  Whatever court case this is for this is a completely unethical way to prove or disprove anything. You are causing harm to many more people than those who were already harmed. Location: 1930 S. 15th St., Philadelphia 19145

    City workers who were present: Ben Jackal (deputy city solicitor ), Aleena Sorathia Law firm..

    Production company: D24K We were told Judge John F. Murphy authorized this insane test at the time it took place. How would John F. Murphy and his children and neighbors like to wake up to a woman screaming which was heard for a 4 city block radius at 5 in the morning? This could have caused a very dangerous situation as there are firearm owners in this area and we all thought a women was being raped. This test was uncalled for and especially at this time of morning and since they did this test over a year ago at the same time and caused outrage. Thank you for your time!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Re Di |
| **To:** | Murphy_Chambers |
| **Subject:** | Public screams for a legal case |
| **Date:** | Monday, September 23, 2024 4:43:15 PM |

**CAUTION - EXTERNAL:**

Hello,

My name is Renee Dixon. I am a resident at 1912 S.15th St. where the production company D24K conducted their test for a legal case you're presiding over. I am writing to express how incredibly deeply unnerving it was to hear that audio played repeatedly throughout the early morning. .

Please tell me how we can prevent this from happening again. I look forward to your response.

Thank you,
Renee Dixon
1912 S. 15th St
585-313-5427
reneedixon256@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.