IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERMAINE HICKS | : CIVIL ACTION |
| | : |
| v. | : NO. 22-977 |
| | : |
| CITY OF PHILADELPHIA, MARTIN VINSON, ROBERT ELLIS, ARTHUR CAMPBELL, MARK WEBB, MICHAEL YOUSE, FRANK HOLMES, DOUGLAS VOGELMAN, KEVIN HODGES, DENNIS ZUNGOLO, MARY BRIDGET SMITH | : |

# ORDER

**AND NOW**, this 24th day of September 2024, upon considering another attached e-mail received by our Chambers e-mail account, it is **ORDERED** the response to our previous order (DI 194) should address these as well.

_____
MURPHY, J.

| | |
|---|---|
| From: | Rachel Robbins |
| To: | Murphy_Chambers |
| Subject: | Lawyers for a case of yours |
| Date: | Tuesday, September 24, 2024 1:18:28 PM |
| Attachments: | Emails tofrom the city - Public screams for a legal case approved by your office.pdf |
| | IMG_4303.MOV |

**CAUTION - EXTERNAL:**

Dear Judge Murphy,

The plaintiff's lawyer in a case you are handling - apparently a rape case suing the city of Philadelphia - hired a company to conduct "tests" yesterday that have deeply harmed people in my neighborhood and myself.

I live on a half-residential street in South philly (1900 block of 15th St) and yesterday morning starting at 5:30am, my neighbors and I were woken up by very loud recordings of a woman screaming being played on a loud speaker at an extremely high decibel. This was directly next to a day care center that opens at 6:30 am. I saw children go in while they were playing the screaming sounds. I've attached a video and my email to the city Solicitor with their email back.

Statistically, 1 in 6 women on the surrounding blocks have been assaulted and then had to be woken up to by a recording of a screaming woman that continued for over an hour.

I want to make sure these lawyers are never able to use evidence created in this way or to conduct anything remotely similar anywhere else. I hope that you can help.

Many neighbors were outside, we have a number of older people and small children on our block. These are more details I have:

Location: 1930 S. 15th St., Philadelphia 19145 - outside of Constitution Health Plaza and Olde City Day School
Forensics company conducting the testing: https://www.bektekllc.com/


Thank you,
Rachel Robbins
215-840-2308


--
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



Rachel Robbins <rmrobbins@gmail.com>

## Public screams for a legal case approved by your office
2 messages

---

**Rachel Robbins** <rmrobbins@gmail.com>                                      Mon, Sep 23, 2024 at 7:19 AM
To: renee.garcia@phila.gov
Cc: ben.jackal@phila.gov
Bcc: Eli Robbins <eliroserobbins@gmail.com>

Dear Ms. Garcia,

This morning at 5:30am my South Philly neighbors and I were woken up by very loud recordings of a woman screaming. This was apparently a test for a legal case and was approved by the City Solicitors office. The screams were played for an hour starting at 5:30am and were deeply disturbing. The police and the two city workers present let me know that this was approved by the city.

This is unacceptable on so many levels and I am writing to make sure something is in place so that it cannot happen again anywhere in the city. Some of the reasons:

- The sounds they are playing are deeply traumatizing and are clearly a woman getting assaulted. Every woman who has been assaulted and lives within a few blocks - statistically 1 in 6 women - has to hear this.
- There are small children on our street and the noise level alone shouldn't be permissible.
- There is a daycare directly next to where the speaker is that opened during the time frame that they've been "testing" this.

Whatever court case this is for this is a completely unethical way to prove or disprove anything. You are causing harm to many more people than those who were already harmed.

Location: 1930 S. 15th St., Philadelphia 19145
City workers who were present: Ben Jackal (your office), Aleena Sorathia
Production company: D24K

Please tell me how I can prevent this from happening again in our city. I look forward to your response.

Thank you,
Rachel Robbins
1932 S. 15th St.
215-840-2308
rmrobbins@gmail.com

---

**Renee Garcia** <Renee.Garcia@phila.gov>                                     Mon, Sep 23, 2024 at 9:06 AM
To: Rachel Robbins <rmrobbins@gmail.com>
Cc: Ben Jackal <Ben.Jackal@phila.gov>, Danielle Walsh <Danielle.Walsh@phila.gov>

Dear Ms. Robbins,

I want to start by apologizing for what you and your neighbors experienced this morning. I fully understand your concerns and how disruptive and upsetting this must have been.

I do want to explain that the testing being conducted was not being performed by, or at the request of, the City. The testing was conducted by an expert retained by the person suing the City. As such, we had limited control over the conditions of the testing. I raise this not to excuse what happened, but to provide context as to why the individuals representing the City on location did not shut down the testing immediately.

That being said, the City should have insisted that the expert provide a much more detailed proposal for the scope and conditions of the testing that was to be performed for our review. We could have then sought court intervention if necessary. We have certainly learned lessons from this experience, and once again apologize that it was at the expense of you and your neighbors.

Thank you for raising this issue with our office - we will do better going forward. Please feel free to reach out to Danielle Walsh, Chief Deputy City Solicitor of the Civil Rights Unit with any questions.

Sincerely,

**Renee Garcia** (she/her)

City Solicitor

City of Philadelphia Law Department

1515 Arch Street, 17th floor

Philadelphia, PA 19102

**P:** 215-683-5003

**C:** 215-300-6815

**renee.garcia@phila.gov**

www.phila.gov/law



---

**From:** Rachel Robbins <rmrobbins@gmail.com>
**Sent:** Monday, September 23, 2024 7:20 AM
**To:** Renee Garcia <Renee.Garcia@Phila.gov>
**Cc:** Ben Jackal <Ben.Jackal@phila.gov>
**Subject:** Public screams for a legal case approved by your office

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

[Quoted text hidden]