IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERMAINE HICKS** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-977 |
| | : | |
| **CITY OF PHILADELPHIA, MARTIN VINSON, ROBERT ELLIS, ARTHUR CAMPBELL, MARK WEBB, MICHAEL YOUSE, FRANK HOLMES, DOUGLAS VOGELMAN, KEVIN HODGES, DENNIS ZUNGOLO, MARY BRIDGET SMITH** | : : : : : : | |

# ORDER

AND NOW, this 24th day of September 2024, in light of DI 194, 195, and 197, it is **ORDERED** plaintiff, no later than **September 27, 2024**, shall show cause why: (1) any evidence or expert testimony relying on the scream test conducted on September 23, 2024 should not be struck and precluded from use in this case; and (2) plaintiff's counsel should not be required to apologize to the residents in the area of 15th Street, on the block between Mifflin and McKean Streets.[1]

MURPHY, J.

---

[1] Plaintiff's response shall include, among other things, declarations from Mr. Alfred Taylor, and every other person in association with plaintiff's team or vendors who was present for the scream test, recounting any conversations they had with local citizens during the testing, including whether or not anyone was told that the scream test was in any way authorized by the court.