IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERMAINE HICKS** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-977 |
| | : | |
| **CITY OF PHILADELPHIA, MARTIN VINSON, ROBERT ELLIS, ARTHUR CAMPBELL, MARK WEBB, MICHAEL YOUSE, FRANK HOLMES, DOUGLAS VOGELMAN, KEVIN HODGES, DENNIS ZUNGOLO, MARY BRIDGET SMITH** | : : : : : : | |

# ORDER

**AND NOW**, this 10th day of October 2024, in light of the show cause order (DI 198), responses (DI 199, 202), and for reasons in the accompanying memorandum, it is **ORDERED** any evidence or testimony relying on the scream test is not precluded at this stage. Further to the explanation in the memorandum, plaintiff's counsel shall issue a formal apology to residents affected by the scream test as follows:

Plaintiff's counsel shall prepare a written apology that explains their transgression and takes full responsibility for the repercussions of the scream test. Plaintiff's counsel shall mail the apology letter, with a copy of the opinion, to every home and business on the blocks marked in red or blue on the map below. Further, at least one of plaintiff's counsel shall personally visit the homes and businesses on the blocks marked in blue below to reasonably endeavor to apologize in person. The visits must be performed by one or more lawyers who have appeared in this case on behalf of plaintiff.



Finally, no later than the end of this month, plaintiff's counsel shall file on the docket a certification that they fully complied, including a detailed explanation of what steps were taken and a copy of the apology letter.

MURPHY, J.

2