UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERMAINE HICKS,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et. al.,<br><br>      Defendants. | Civil Action No. 2:22-cv-00977 (JFM) |

**STIPULATION TO DISMISS DEFENDANTS KEVIN HODGES, MARK WEBB, MICHAEL YOUSE, AND FRANK HOLMES**

AND NOW, on this 9th Day of August, 2025, it is hereby STIPULATED and AGREED by the undersigned counsel on behalf of the respective clients that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(II), all claims against Defendants Kevin Hodges, Mark Webb, Michael Youse, and Frank Holmes are DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

Dated: August 9, 2025

Respectfully submitted,

*/s/ Katherine Cion*
Emma Freudenberger*
Amelia Green*
Nick Brustin*
Katrina C. Rogachevsky
Mary Katherine McCarthy*
Grace Paras*
Katherine Cion*
Neufeld Scheck Brustin Hoffmann &
   Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
(212) 965-9081
*Attorneys admitted to the Eastern*

1

*District of Pennsylvania* pro hac vice

Jonathan H. Feinberg
Susan M. Lin
Grace Harris
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

*Counsel for Plaintiff Termaine Hicks*

/s/ Katelyn Mays
Joseph Zaffarese, Esquire
Aleena Y. Sorathia, Esquire
Katelyn Mays, Esquire
Ahmad Zaffarese LLC
1 S. Broad St., Suite 1910
Philadelphia, PA 19107

*Counsel for Robert Ellis, Martin Vinson, and Dennis Zungolo*

/s/ Raymond Escobar
Raymond Escobar
Daniel V. Cerone
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

*Counsel for City of Philadelphia, Arthur Campbell, Mark Webb, Michael Youse, Frank Holmes, Douglas Vogelman, and Kevin Hodges, and Mary Bridget Smith, Administrator of the Estate of Brian Smith*

_____
Honorable John F. Murphy

Date: August 12, 2025