UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERMAINE HICKS,

    Plaintiff,

v.

CITY OF PHILADELPHIA, et. al.,

    Defendants.

Civil Action No. 2:22-cv-00977 (JFM)

## SUPPLEMENTAL QUESTION

We, the jury in the above-entitled action, unanimously find the following on the questions submitted to us:

Do you find by a preponderance of evidence that Plaintiff, Termaine Hicks, committed the rape of Wa Lee?

    Yes _____    No   ✓ _____

The Foreperson shall **SIGN AND DATE** this verdict form, then notify a court official.

Dated: 8/27/2025

FOREPERSON SIGNATURE

1