**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERMAINE HICKS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-977** |
| | : | |
| **CITY OF PHILADELPHIA, MARTIN** | : | |
| **VINSON, ROBERT ELLIS, ARTHUR** | : | |
| **CAMPBELL, DENNIS ZUNGOLO, MARY** | : | |
| **BRIDGET SMITH** | : | |

## <u>FINAL JUDGMENT</u>

**AND NOW**, this 28th day of August 2025, following entry of, and in accordance with, the jury's verdict (DI 410), it is **ORDERED** we enter **JUDGMENT** in favor of plaintiff Termaine Hicks and against defendants City of Philadelphia, Martin Vinson, Robert Ellis, Arthur Campbell, Dennis Zungolo, and Mary Bridget Smith.  Plaintiff is awarded damages in the amount of $3,000,000.00.

_____
**MURPHY, J.**