# Exhibit 2-A

**STEVEN A. TASHER, ESQ.**
**CEO, Wyatt Partners**
**P.O. Box 358, Berkeley Heights, New Jersey 07922**
Telephone:  (908) 561-7483    Email: **stasher@wyattpartners.com**  Website:  **www.wyattpartners.com**

## EXECUTIVE SUMMARY

As one of the nation's leading experts on legal fee matters whose entire legal career has focused around the handling and supervision of major litigation throughout the world, Steven Tasher evaluates the reasonableness of legal spend and settlements in complex litigation throughout the United States and the world.  He also serves as an advisor to major corporations and law firms on the management of their legal spend and development and implementation of billing guidelines, litigation budget, and bill review programs.

## INDUSTRY AND LEGAL EXPERIENCE

**WYATT PARTNERS,** Berkeley Heights, NJ

2009-present   *Chief Executive Officer*

- Serve as an expert witness, auditor, and mediator with regard to litigation fees/costs of outside counsel and the reasonableness of litigation settlements;
- Assist corporations with creation and implementation of Litigation Budget & Support Programs and Outside Counsel Billing Guidelines;
- Assist international corporations with familiarization of United States litigation in the area of legal spend;
- Provide advice and counsel to major corporations on development of Environmental Health and Safety (EHS) and Energy Policies and Programs;
- Provide advice and counsel on the preservation of critical company resources by reducing the use of energy, water and waste in company operations and promotion of reuse, recycling and conservation; and
- Conduct environmental due diligence on complex transactions and acquisitions; and analysis of the costs of investigation, remediation and disposal.

**CASE MEDICAL, INC.**, South Hackensack, NJ

2017-2022    *General Counsel*

- Served as chief legal advisor to Chief Executive Officer and the company;
- Supervised all litigation and regulatory actions involving the company;
- Assisted with development and review of supply and quality contracts; and
- Provided advice and legal counsel on all aspects of company operations.

**WYETH**, Madison, NJ

1992 –2008        *Vice President and*
                 *Associate General Counsel*
                 *Principal Corporate Officer*
                 *Senior Vice President, Pharmaceutical Division*

Strategic worldwide responsibilities for five operating departments of the company as well as Associate General Counsel responsibilities.

*Key responsibilities:*

- Oversee the Environmental and Energy Departments to assure compliance with all applicable laws and regulations regarding environmental, health and safety matters, and to ensure the most efficient use of energy at all company facilities.
- Administer the Global Real Estate Department.
- Supervise the Aviation Department, including aircraft, pilots, ground crew, and hangar facility.
- Manage Facilities Operations and Building Management.
- Serve as Associate General Counsel; supervise major legal issues affecting the corporation, including major litigation, global contract administration, and internal corporate investigations.
- Serve on the Corporate Law/Regulatory Review Committee which provides guidance to the Chairman of the Board on all issues affecting the potential liability of the corporation.
- Provide advice and direction with regard to environmental issues, health and safety compliance and assessment programs, environmental remediation, regulatory matters, legislative issues, corporate acquisitions & divestitures, and supervision and defense of environmental enforcement actions.
- Manage the company's $300 million environmental reserves as well as oversee the $103 million environmental reserves for Cytec, Inc.
- Serve as Counsel to the President of Wyeth Pharmaceuticals on global compliance issues.

*Key accomplishments:*

- Formed a world-class global Environment Health and Safety (EHS) Department in 1992, establishing a comprehensive program and set of policies designed to achieve EHS excellence.
- Guided Wyeth Pharmaceuticals through its compliance with a Consent Decree imposed by the FDA on three key manufacturing facilities and served as counsel to the President on all cGMP compliance issues.
- Served on a three-person senior leadership team which re-engineered and restructured Wyeth's supply chain organization.
- Served as Senior Vice President, Global Compliance Auditing for Wyeth Pharmaceuticals; established and supervised the audit programs for all company operations, including manufacturing and research facilities, clinical trials, medical labeling, and promotional activities.

2

- Supervised the successful litigation against a Minneapolis company and its individuals who had stolen the company's trade secret process for the extraction and purification of *Premarin*.
- Established a safety program which achieved a substantial reduction in the company's lost time incident rate and total incident rate.
- At the behest of the company's Board of Directors, created animal health and welfare programs for the care and treatment of horses involved in the production of *Premarin*; supervised the ongoing defense of attacks by animal activist organizations on the production and manufacture of the *Premarin* family of products.
- Established a Budget Program for the company's diet drug litigation. This matter required supervision of the legal spend of over 60,000 lawsuits, coordinating counsel, and 120 law firms which defended these matters.
- Supervised environmental international litigation and claims brought against the company and/or its affiliates in Europe, South America, and Asia.

**WILLKIE, FARR & GALLAGHER**, New York, NY and Washington, DC

1988 – 1992    *Partner in charge, Environmental Practice Group*

Provided legal expertise on an international level to a wide range of corporate, banking, insurance, real estate and financial services clients.

**DONOVAN, LEISURE, NEWTON & IRVINE**, New York, NY and Washington, DC

1983 – 1988    *Partner in charge, Environmental Practice Group*

Provided legal expertise on an international level to a wide range of corporate, banking, insurance, real estate and financial services clients.

**BAYH, TABBERT & CAPEHART**, Indianapolis, IN, and Washington, DC

1982            *Partner in charge, Environmental Practice Group*

Provided legal expertise on an international level to a wide range of corporate, banking, insurance, real estate and financial services clients.

**E.I. duPont de Nemours and Company**, Wilmington, DE

1980 – 1982    *Staff Attorney*

Served as an attorney within the Law Department, providing litigation and regulatory counsel on a wide range of issues affecting the corporation.

3

**STATE OF NEW JERSEY**, Trenton, NJ

1973 – 1980    *Deputy Attorney General*
Chief Counsel to the Commissioner of the New Jersey Department of
*Environmental Protection and Commissioner of Agriculture*

Supervised all environmental litigation and counseling for the State of New Jersey.  Prosecuted several of the nation's landmark environmental matters.  Tried and supervised numerous cases in state and federal court involving workers' compensation, tort and contract claims, transportation and eminent domain, and debarment of state contractors.

## EDUCATION

1973    **GEORGE WASHINGTON UNIVERSITY, NATIONAL LAW CENTER**,
Washington, DC
Juris Doctor, with honors

1970    **RUTGERS UNIVERSITY**, Newark, NJ
BA, Political Science/Pre-law, with honors

## BOARD POSITIONS
- The George Washington University Law School – Member, Board of Advisors
- The Cancer Hope Network – Chairperson Emeritus (Past President)
- Visiting Nurse Association of Northern NJ – Member, Board of Trustees

## AWARDS AND HONORS
- Jacob Burns Award for Extraordinary Service to The George Washington University Law School – 2008
- Philanthropic Leadership Award, 2003 – Cancer Hope Network
- Corporate Leadership Award, 2003 – Visiting Nurse Association of Northern NJ
- Selected to Best Lawyers in America – New York, NY and Washington, DC, 1989-1992

## PROFESSIONAL AFFILIATIONS
- New Jersey Institute of Technology – Adjunct Faculty Member
- "Distinguished Neutral" – International Institute for Conflict Prevention & Resolution

## PRESENTATIONS AND PUBLICATIONS
- August 13, 2025:  Featured Presenter at "Best Practices and Ethical Considerations When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by LawPracticeCLE
- June 2025:  Featured Presenter at "Best Practices and Ethical Considerations When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by myLawCLE and the Federal Bar Association
- July 2024:  Featured Presenter at "The Ethics of Legal Fee Applications: Ethical, Procedural, and Practical Considerations" – sponsored by Quimbee

4

- December 2022:  Featured Presenter at "Best Practices and Ethical Considerations When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by Quimbee
- September 2022:  Featured Presenter at "Best Practices When Navigating and Evaluating Litigation Settlements" – sponsored by Quimbee
- February 8, 2022:  Featured Presenter at "Best Practices When Navigating and Evaluating Litigation Settlements" – sponsored by Celesq
- December 6, 2021:  Featured Presenter at "Best Practices and Ethical Considerations When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by Celesq
- February 26, 2021:  Featured Presenter at "The Ethics of Legal Fee Applications: Ethical, Procedural, and Practical Considerations" – sponsored by Lawline
- December 17, 2020:  Featured Presenter at "Ethical Considerations and Best Practices When Navigating and Evaluating Litigation Settlements" – sponsored by Lawline
- June 29, 2020:  Featured Presenter at "Put it in Writing: Best Practices and Ethical Considerations When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by Lawline
- May 12, 2020:  Featured Presenter at "Best Practices and Ethical Considerations when Navigating and Evaluating Litigation Settlements" – sponsored by Clear Law Institute
- May 11, 2020:  Featured Presenter at "Put it in Writing: Best Practices and Ethical Considerations When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by Clear Law Institute
- December 17, 2019:  Featured presenter at "Working With Expert Witnesses: Legal and Ethical Obligations" – sponsored by Lawline
- September 20, 2019:  Featured presenter at "Put It In Writing:  Best Practices and Lessons Learned  When Negotiating, Drafting, and Enforcing Engagement Agreements" – sponsored by the Association of Corporate Counsel New Jersey Chapter
- June 11, 2019:  Featured Presenter at "In My Opinion:  Working Successfully with Expert Witnesses" – sponsored by Clear Law Institute
- December 27, 2018:  Featured Presenter at "Ethics and Best Practices When Navigating Fee Disputes" – sponsored by Clear Law Institute
- November 5, 2018:  Featured presenter at "Best Practices for Ethically Managing Legal Spend:  Before, During, and After Litigation" – Sponsored by Clear Law Institute
- October 23, 2018:  Featured presenter at "Mastering the Request for Proposal ("RFP") Process:  Best Practices and Lessons Learned" – Sponsored by Lawline
- September 21, 2018:  Featured presenter at "After the Breach is Gone:  Best Practices and Lessons Learned for In-house Counsel – Sights From the Rear View Mirror" – Sponsored by the Association of Corporate Counsel New Jersey Chapter
- August 9, 2018:  Featured presenter at "Responsible Parties and In-house Counsel on the Practical Aspects of Managing NRD Claims" – Sponsored by Farella Braun + Martel LLP and Kelley Drye & Warren, LLP at the Natural Resource Damages Conference in Santa Fe, New Mexico
- January 18, 2018:  Featured presenter at "Managing Legal Fees: Best Practices for In-House Counsel in the Ethics, Management and Recovery of Legal Fees" – Sponsored by Kelley Drye & Warren, LLP in connection with the firm's Fourth Annual Fashion and Retail Summit (InFashion)

- January 10, 2018:  Featured presenter at "Request for Proposal ("RFP") Process: Structure, Substance and Additional Considerations for Corporate and Outside Counsel" – Sponsored by the Practising Law Institute
- November 7, 2017:  Featured presenter at "Legal Fees in Environmental, Citizen Suit, Class Action, and Other Litigation: Best Practices for In-House and Outside Counsel in Ethics, Case Management, and Communication" – Sponsored by Kelley Drye & Warren, LLP
- September 15, 2017:  Featured presenter at "Mastering the Request for Proposal ("RFP") Process:  Best Practices and Lessons Learned" – Sponsored by the Association of Corporate Counsel NJ Chapter
- July 18, 2017:  Featured presenter at "Ethics of Attorney Fee Disputes" audio webinar – Sponsored by the National Business Institute
- September 21, 2016:  Featured presenter at "Best Practices & Lessons Learned for In-House Counsel on Unnecessary Legal Spend," webinar – Sponsored by the Practising Law Institute
- September 16, 2016:  Featured presenter at "Legal Fees and the Discovery Process" in Whippany, New Jersey – Sponsored by the Association of Corporate Counsel NJ Chapter
- April 19, 2016:  Featured presenter at "Ethics and the 'Reasonable' Legal Fee" webinar – Sponsored by the Practising Law Institute
- December 1, 2015:  Featured presenter at "Ethics Behind the Reasonable Legal Fee" in Basking Ridge, New Jersey – Sponsored by the Association of Corporate Counsel New Jersey Chapter
- September 18, 2015:  Featured presenter at "Litigating Fee Disputes:  Keeping it Reasonable" in Hanover, New Jersey – Sponsored by the Association of Corporate Counsel New Jersey Chapter
- March and June 2015:  Presenter of "Best Practices & Lessons Learned for In-House Counsel on Unnecessary Legal Spend," a CLE sponsored by the Association of Corporate Counsel New Jersey Chapter
- October 2013:  Featured speaker at the NALFA Attorney Fee Conference in San Francisco, California
- April 2013:  Presenter of two legal spend webinars (Bill Review/Litigation Budgeting Programs) with Deloitte
- June 2010: Featured speaker at the Second Annual Los Angeles Attorney Fee Conference:  "It Pays To Be Reasonable" at Southwestern Law School
- Environmental Law and Real Estate Handbook
- New York Environmental Law Handbook