# Exhibit 2-B

**Testifying History of Steven A. Tasher**
**(Chief Executive Officer of Wyatt Partners)**

Engagements as Testifying Expert Witness at Trials and/or Depositions

1. *Seagate Technology LLC, Seagate Technology International, and Seagate Singapore International Headquarters PTE, LTD. v. National Union Fire Insurance Company of Pittsburgh, PA and Insurance Company of the State of Pennsylvania*, Case No. 09-04120 CV (United States District Court for the Northern District of California) (deposition taken).

2. *First Horizon National Corporation, et al., v. Certain Underwriters at Lloyds, et al.*, Civil Action No.: 2-11-cv-02608 (United States District Court for the Western District of Tennessee:  Memphis Division) (deposition taken).

3. *In the Matter of the Arbitration Act of 1996 and In the Matter of an Arbitration Between GATX Rail Austria GmbH and Liberty Mutual Insurance Europe Limited* (arbitration hearing testimony provided on November 18, 2015).

4. *Diana Gladstone v. Robert Hacker*, Civil Action no. GD12-24308 (in the Court of Common Pleas, Allegheny County, Pennsylvania) (jury trial testimony provided on January 19, 2016).

5. *Joseph P. Nacchio, et al. v. Herbert J. Stern et al.*, Docket No. ESX-L-2825-11 (Superior Court of New Jersey, Law Division, Essex County) (deposition taken).

6. *IVM Corporation v. Zuellig Group et al.*, Civil Action No.: 2-13-cv-3902 (United States District Court for the District of New Jersey) (deposition taken).

7. *Lee David Auerbach, P.C., v. Richard DelGatto*, Index No. 69908/2015 (Supreme Court of the State of New York, Westchester County) (court hearing testimony provided).

8. *Fox Paine & Company, LLC and Saul A. Fox v. Houston Casualty Company, A Professional Indemnity Agency, Inc.*, Index No. 52607/2014 (Supreme Court of the State of New York, Westchester County) (deposition taken).

9. *Quinn Emanuel Urquhart & Sullivan, LLP v. Victoria Brooks, Andrew Brooks, and Elizabeth Brooks*, Case No.: 1425019922 (JAMS New York, JAMS Arbitration) (arbitration hearing testimony provided on May 23, 2017).

10. *Township of Millcreek v. Angela Cres Trust of June 25, 1998*, Case No. 12295-2005 (In the Court of Common Pleas of Erie County Pennsylvania) (court hearing testimony provided on December 20, 2017).

11. *Safeco Insurance Company of America v. M.E.S., Inc. et al*, Case No. 09-cv-3312 (PKC)(VMS) (In the United States District Court for the Eastern District of New York) (court hearing testimony provided on January 5, 2018).

12. *In the Matter of an Arbitration under the Arbitration Act of 1996 Between Sony Pictures Entertainment Inc. and Argo Re Ltd.* (arbitration hearing testimony provided on May 16, 2018).

13. *Paramount Transportation Systems, Inc. d/b/a/ R&L Carriers v. Lasertone Corporation*, Index No. 028695-06 (In the Supreme Court of the State of New York, County of Queens) (court hearing testimony provided on October 23 – 24, 2018).

14. *Hemant Shah et. al., v. 20 East 64th Street LLC, et. al.*, Index Number 156305/2015 (Supreme Court of the State of New York, New York County) (court hearing testimony provided on April 25, 2019).

15. *Guzik v. Albright*, Case No. 1:16-cv-02257 (JPO)(DCF) (In the United States District Court for the Southern District of New York) (bench trial testimony provided on July 18, 2019).

16. *Kuhlman Electric Corp., et al., v. The Travelers Indemnity Co., et al.*, Cause No. 251-07-549 CIV (Circuit Court of the First Judicial District of Hinds County, Mississippi) (deposition taken).

17. *McKee vs. Northville Lodge, et. al.*, Case No. 17-013425-NP (Circuit Court for the County of Wayne, State of Michigan) (court hearing testimony provided on December 4, 2020).

18. *Sutter Health, et al., v. Anthem Blue Cross Life and Health Ins. Co.*, Reference No. 1130006765 (JAMS California, JAMS Arbitration) (deposition taken).

19. *Balestriere Fariello vs. White Lilly, LLC, and Jonathan Bernstein*, Arbitration No. 01-18-003-5131 (American Arbitration Association) (arbitration hearing testimony provided on April 20, 2021).

20. *Fox Paine & Company, LLC and Saul A. Fox v. Equity Risk Partners, Inc and Hub International Insurance Services Inc.*, Index No. 52607/2014 (Supreme Court of the State of New York, County of Westchester) (jury trial testimony provided on August 3, 2021).

21. *SavaSeniorCare, LLC v. Starr Indemnity and Liability Co., et al.*, Case No. 1:18-cv-01991-SDG (In the United States District Court for the Northern District of Georgia) (deposition taken).

22. *Telebrands Corp. and Bulbhead.com, LLC v. Boies Schiller & Flexner, LLP, et al.*, JAMS Ref. No. 1410008543 (JAMS District of Columbia, JAMS Arbitration) (deposition taken).

23. *Hull & Company, Inc. v. B.W. Baker Insurance Services, Inc.*, Forum Arbitration Case No. FA200400188905658 (ADR Forum Arbitration International) (deposition taken).

24. *Hull & Company, Inc. v. B.W. Baker Insurance Services, Inc.*, Forum Arbitration Case No. FA200400188905658 (ADR Forum Arbitration International) (arbitration hearing testimony provided on November 2, 2021).

25. *Rosa Mazzone v. Alonso, Andalkar & Facher, P.C. et al.*, Index Number 152735/2019 (Supreme Court of the State of New York, New York County)(sworn written testimony entered into the record on Motion for Summary Judgment on January 26, 2022).

26. *Trevor Milton v. Nikola Corporation*, Arbitration No. 01-21-0004-8978 (American Arbitration Association) (arbitration hearing testimony provided on January 31, 2022).

27. *Attorney General of the Commonwealth v. New England Gas Company,* Docket No. D-11-54 (Commonwealth of Massachusetts, Department of Public Utilities) (pre-filed testimony submitted on July 11, 2022).

28. *Clayton Commercial Litigation, LLC vs. Nkansah*, Docket No. 200801675 (Court of Common Pleas, Philadelphia County) (jury trial testimony provided on July 21 – 22, 2022).

29. *Lawrence Simonetti v. Thomas Frank McCormick et al.*, Consolidated Case Nos. 19C1362/19C1686 (in the Fifth Circuit Court for Davidson County, Tennessee) (testimony provided to Court in bench hearing on September 7, 2022).

30. *Appian Corporation v. Pegasystems Inc. & Youyoung Zou*, Civ. Act. No. 2020-07216 (in the Circuit Court for Fairfax County, Virginia) (sworn written testimony entered into the record in hearing on Plaintiff's Motion for Fees and Costs on September 15, 2022).

31. *Seaport Management Development Company, LLC v. Shop Architects, P.C., et al.,* Index No. 657263/2019 (Supreme Court of the State of New York, County of New York) (deposition taken).

32. *Kuhlman Electric Corporation, BorgWarner Inc., Kuhlman LLC, and ABB Inc., v. The Travelers Indemnity Company, et al.,* Case No. 251-07-549 (CIV) (In the Circuit Court for the First Judicial District of Hinds County, Mississippi) (jury trial testimony provided on February 28, 2023).

33. *Lionbridge Technologies, LLC v. Valley Forge Insurance Company*, Case No. 1:20-cv-10014 (United States District Court for the District of Massachusetts) (deposition taken).

34. *Intercontinental Terminals Company LLC v. NSK Corporation, et al.*, Lead Case No. 4:19-cv-01460 (United States District Court for the Southern District of Texas, Houston Division) (deposition taken).

3

35. *X Corp. v. Wachtell, Lipton, Rosen & Katz*, Reference No. 5100001599 (JAMS Arbitration) (arbitration hearing testimony provided on October 2, and October 9, 2024).

36. *X Corp. v. Zaheer* (State Bar of California Mandatory Fee Arbitration) (arbitration hearing testimony provided on October 11, 2024).

37. *HUB International Insurance Services, Inc. v. Michael Marcon*, Case No. 50-2022 CA-004459, Consolidated with *Michael Marcon v. HUB International Insurance Services, Inc.*, Case No. 50-2022 CA-007783, Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (deposition taken).

38. *Gilead Sciences, Inc. v. The United States of America*, Case No. 20-499C (In the United States Court of Federal Claims) (deposition taken).

4