# Exhibit 2-C

**Tasher Exhibit C**

**In preparing my declaration, I reviewed and relied upon the following documents:**

- Plaintiff's Fee Motion and all supporting documentation (ECF Nos. 466 et seq);

- The docket in this matter, including (without limitation) ECF Nos. 207, 256, 273, 303, 367, 371, 379, 413, 414, 449, 467-479;

- Documents Bates Stamped NSB Hicks 037985 - NSB Hicks 038333;

- Trial Transcripts from the Trial in this matter;

- Deposition Transcripts of, among others, Ellis, Fischer, Gaskins, Termaine Hicks, Tyhease Hicks, Hewitt, Holmes, Kelly, Koenig, Murphy, Nelson, Pendergrast, Taylor, Vinson, Vogelman, Webb, Youse, Zungolo;

- The 2023 Real Rate Report;

- Expert Declarations/Reports of Marc Sonnenfeld in <u>Dennis v. Jastrzembski</u>, <u>DeFrank v. Kais</u>, and <u>Lucas v. Lowe's Companies, Inc.</u>;

- Audio file of March 25, 2025 Oral Argument;

- All exhibits to my Declaration;

- Firm websites of NSBHF and KRMFL; and

- All other materials referenced or cited to in my Declaration.