# Exhibit 2-D

| # | Timekeeper | Title/Role | Hours |
|---|---|---|---|
| 1 | Manning, Ariel | Paralegal | 204.60 |
| 2 | Klein, Liel | Intern/Law Clerk | 199.80 |
| 3 | Shah, Sona | Staff Atty | 177.60 |
| 4 | Wali-Ali, Nayzak | Intern/Law Clerk | 133.80 |
| 5 | Harris, Grace | Associate | 116.60 |
| 6 | Fetrow, Kate | Staff Atty | 111.00 |
| 7 | Benvenutti, Jamie | Intern/Law Clerk | 110.70 |
| 8 | Neufeld, Peter | Of Counsel | 106.60 |
| 9 | Ochoa Acevedo, Jackie | Paralegal | 88.70 |
| 10 | Arevalo, Isis | Paralegal | 86.90 |
| 11 | Soto-Brito, Moises | Paralegal | 80.30 |
| 12 | Engel, Deb | Intern/Law Clerk | 58.40 |
| 13 | Duggins, Kiah | Intern/Law Clerk | 46.50 |
| 14 | McMahan, Justin | Intern/Law Clerk | 36.70 |
| 15 | Quarterman, Miles | Paralegal | 33.50 |
| 16 | Borden, Tashayla | Intern/Law Clerk | 28.30 |
| 17 | Anand, Priya | Paralegal | 28.20 |
| 18 | Morrison, Sara | Intern/Law Clerk | 27.80 |
| 19 | Brink, Ellen | Intern/Law Clerk | 26.40 |
| 20 | Opong-Wiredu, Akosua | Intern/Law Clerk | 25.50 |
| 21 | Stone Fenn, Dakota | Intern/Law Clerk | 14.20 |
| 22 | Parks, Ty | Paralegal | 7.20 |
| 23 | Ajayi, Olay | Paralegal | 5.20 |
| 24 | Geng, Lucia | Paralegal | 0.50 |
| | **TOTAL** | | **1,755.00** |