# Exhibit 2-F

| # | Name of Timekeeper | Role at Firm | NY Rate | Philly Rate (New) | First Bar | First Licensed | CLS Year Range | CLS Range of Rates | In Range or Within 10%? |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Neufeld | OC/Partner | $1,150.00 | $770.00 | DC | 1976 | 25+ | $735-$850 | In Range |
| 2 | Brustin | Partner | $1,000.00 | $670.00 | NJ | 1996 | 25+ | $735-$850 | Within 10% |
| 3 | Hoffman | Partner | $900.00 | $600.00 | MA | 2004 | 16 - 20 | $535-$625 | In Range |
| 4 | Freudenberger | Partner | $900.00 | $600.00 | NY | 2008 | 16 - 20 | $535-$625 | In Range |
| 5 | Green | Partner | $650.00 | $540.00 | PA | 2016 | 11 - 15 | $420-$525 | Within 10% |
| 6 | Balkissoon | Counsel | $600.00 | $400.00 | IL | 2010 | 11 - 15 | $420-$525 | Within 10% |
| 7 | McCarthy | Counsel | $575.00 | $390.00 | NY | 2018 | 6 - 10 | $320-$415 | In Range |
| 8 | Shah | Staff Atty | $525.00 | $350.00 | NY | 1998 | 25+ | $735-$850 | Below Range |
| 9 | Paras | Associate | $475.00 | $320.00 | NY | 2021 | 2 - 5 | $265-$315 | Within 10% |
| 10 | Romo | Associate | $475.00 | $320.00 | NY | 2020 | 2 - 5 | $265-$315 | Within 10% |
| 11 | Cion | Associate | $450.00 | $300.00 | DC | 2021 | 2 - 5 | $265-$315 | In Range |
| 12 | Fetrow | Associate | $450.00 | $300.00 | NY | 2018 | 6 - 10 | $320-$415 | Within 10% |
| 13 | Non-Lawyers | Non-Lawyer | $225.00 | $150.00 | N/A | N/A | Paralegal | $190-$240 | Below Range |