# Exhibit 2-G

The following is a screenshot of the Renaissance Philadelphia Hotel Website taken on January 14, 2026, showing that the hotel's guest rooms come with complimentary coffee and a coffee maker. https://www.marriott.com/en-us/hotels/phlpr-renaissance-philadelphia-downtown-hotel/rooms/#roomPoolCode=genr



**Guest room**

**1 King**                    View Rates

Guest Room, 1 King, Whirlpool fits 1, Mini fridge, 450sqft/41sqm, Wireless internet, for a fee, Coffee/tea maker

The Following is a screenshot of the Renaissance Philadelphia Hotel Website taken on January 14, 2026, showing that the hotel's guest rooms come with complimentary wifi internet for Marriott Bonvoy members. https://www.marriott.com/en-us/hotels/phlpr-renaissance-philadelphia-downtown-hotel/overview/

---

Does Renaissance Philadelphia Downtown Hotel have in-room Wi-Fi?

Yes, Renaissance Philadelphia Downtown Hotel has in-room Wi-Fi available to hotel guests. Marriott Bonvoy members receive complimentary in-room Internet access when they book direct. Sign up for Marriott Bonvoy for free as you complete your Renaissance Philadelphia Downtown Hotel booking.

---