# Exhibit 2-H

| # | Date | Timekeeper | Description | Charge | Source/Bates |
|---|------|-----------|-------------|--------|--------------|
| 1 | 7/13/12 | Freudenberger | Travel Meal - E. Freudenberger (Ultimo Coffee) | 10.45 | 466-10 |
| 2 | 9/26/23 | Green | Travel Meal - A. Green (Starbucks) | 14.54 | 466-10 |
| 3 | 2/29/24 | Green | Travel Meal for A. Green (Dunkin) | 1.49 | 466-10 |
| 4 | 7/31/25 | Brustin | Travel Meal for N. Brustin (Starbucks) | 5.3 | 466-10 |
| 5 | 7/31/25 | McCarthy | Coffee (travel) | 4.79 | 38306 |
| 6 | 8/7/25 | Cion | Coffees/meals during Hicks trial jury selection | 18.92 | 38302 |
| 7 | 8/7/25 | Green | Travel Meal for A. Green (Coffee Tea & Company) | 4.98 | 466-10 |
| 8 | 8/7/25 | Paras | Coffee run for trial team | 29.16 | 38269 |
| 9 | 8/7/25 | Paras | Coffee run for trial team | 15.55 | 38269 |
| 10 | 8/8/25 | Brustin | Travel Meal for N. Brustin (Dunkin) | 3.12 | 466-10 |
| 11 | 8/8/25 | Cion | Coffees during Hicks trial | 12.96 | 38302 |
| 12 | 8/8/25 | McCarthy | Coffee for team (La Colombe) | 21.42 | 38306 |
| 13 | 8/8/25 | Paras | Trial Coffee | 6.13 | 38269 |
| 14 | 8/9/25 | Cion | Coffees during Hicks trial | 5.59 | 38302 |
| 15 | 8/9/25 | Green | Travel Meal for A. Green (Madis Coffee) | 29.77 | 466-10 |
| 16 | 8/9/25 | McCarthy | Coffee | 5.57 | 38306 |
| 17 | 8/9/25 | Paras | Trial Coffee | 4.78 | 38269 |
| 18 | 8/9/25 | Park | Madi's Coffee | 11.15 | 38335 |
| 19 | 8/10/25 | Cion | Coffees during Hicks trial | 8.48 | 38302 |
| 20 | 8/11/25 | Paras | Coffee run for team | 19.44 | 38269 |
| 21 | 8/12/25 | Cion | Coffees/breakfast during Hicks trial | 13.88 | 38302 |
| 22 | 8/12/25 | McCarthy | Team coffee La Colombe | 24.53 | 38307 |
| 23 | 8/12/25 | Paras | Coffee run for team | 13.5 | 38269 |
| 24 | 8/13/25 | McCarthy | Coffee La Colombe | 5.59 | 38307 |
| 25 | 8/13/25 | Park | La Colombe | 8.02 | 38335 |
| 26 | 8/14/25 | McCarthy | Team coffee La Colombe | 41.3 | 38307 |
| 27 | 8/15/25 | Cion | Coffees/breakfasts and snacks during Hicks trial | 48.4 | 38302 |
| 28 | 8/15/25 | McCarthy | Team coffee La Colombe | 38.19 | 38307 |
| 29 | 8/16/25 | Paras | Trial - Coffee and breakfast | 12.64 | 38270 |
| 30 | 8/16/25 | Paras | Trial Coffee | 8 | 38270 |
| 31 | 8/17/25 | Paras | Trial coffees | 10.99 | 38270 |
| 32 | 8/18/25 | Paras | Coffee run for team | 19.12 | 38270 |
| 33 | 8/19/25 | Cion | Team coffees/breakfast and snacks during Hicks trial | 66.75 | 38302 |
| 34 | 8/19/25 | McCarthy | La Colombe | 2.43 | 38307 |
| 35 | 8/19/25 | McCarthy | Team coffee La Colombe | 58.06 | 38307 |
| 36 | 8/19/25 | Paras | Coffee run for team | 12.64 | 38270 |
| 37 | 8/19/25 | Paras | Coffee run for team | 17.5 | 38270 |
| 38 | 8/20/25 | Cion | Team/witness coffees and waters during Hicks trial | 34.93 | 38302 |
| 39 | 8/20/25 | McCarthy | Coffee La Colombe | 6.59 | 38307 |
| 40 | 8/20/25 | Paras | Coffee run for team | 8.5 | 38270 |
| 41 | 8/21/25 | Cion | Americano Coffee | 5.75 | 38262 |
| 42 | 8/21/25 | Cion | Team coffees during Hicks trial | 22.03 | 38302 |
| 43 | 8/21/25 | McCarthy | Team coffee La Colombe | 73.59 | 38307 |
| 44 | 8/21/25 | Paras | Trial coffee run | 42.77 | 38270 |
| 45 | 8/22/25 | Cion | Team breakfasts/coffees during Hicks trial | 49.89 | 38302 |
| 46 | 8/23/25 | Brustin | Travel Meal for N. Brustin (Coffee Tea & Company) | 14.82 | 466-10 |
| 47 | 8/23/25 | Paras | Trial coffees | 12.31 | 38270 |
| 48 | 8/23/25 | Paras | Team coffee run trial | 14.96 | 38270 |
| 49 | 8/24/25 | Paras | Trial coffee | 6.13 | 38270 |
| 50 | 8/24/25 | Paras | Trial coffee | 5.4 | 38270 |
| 51 | 8/25/25 | Park | La Colombe | 5.59 | 38335 |
| 52 | 8/26/25 | Paras | Trial coffee | 5.59 | 38270 |
| 53 | 8/28/25 | McCarthy | Team coffee La Colombe | 55.15 | 38308 |
| 54 | 8/28/25 | Paras | Coffee and breakfast - trial | 10.53 | 38271 |