# Exhibit 2-I

1 👤        NYP  →  PHL        Mon, Aug 10        Revise Search        🛒 $0

## Select Your Trip

From New York, NY - Moynihan Train Hall at Penn Sta. to Philadelphia, PA - William H Gray III 30th St. Sta.

Displaying by    Most Direct    ③ Sort/Filter ⌄

**Departure**  Monday, August 10

| NYP → PHL | | Compare Fare Types |

---

### 131
**DEPARTS** 12:10p  →  1h 33m  **ARRIVES** 1:43p

Trip Details ⌄

| Coach from | Business from | Private Rooms |
|---|---|---|
| $ 19 | $ 81 | Not Offered |

### 171
**DEPARTS** 12:40p  →  1h 35m  **ARRIVES** 2:15p

Trip Details ⌄

| Coach from | Business from | Private Rooms |
|---|---|---|
| $ 24 | $ 81 | Not Offered |

---

**Premium**
### 2159
**DEPARTS** 1:02p  →  1h 10m  **ARRIVES** 2:12p

Trip Details ⌄

| Coach | Business from | First from |
|---|---|---|
| Not Offered | $ 60 | $ 159 |

### 93
**DEPARTS** 2:02p  →  1h 22m  **ARRIVES** 3:24p

Trip Details ⌄

| Coach from | Business from | Private Rooms |
|---|---|---|
| $ 24 | $ 81 | Not Offered |

---

**Premium**
### 2121
**DEPARTS** 2:15p  →  1h 10m  **ARRIVES** 3:25p

Trip Details ⌄

| Coach | Business from | First from |
|---|---|---|
| Not Offered | $ 60 | $ 159 |

**Premium**
### 2163
**DEPARTS** 3:00p  →  1h 8m  **ARRIVES** 4:08p

Trip Details ⌄

| Coach | Business from | First from |
|---|---|---|
| Not Offered | $ 60 | $ 159 |

---

### 85
**DEPARTS** 3:05p  →  1h 27m  **ARRIVES** 4:32p

Trip Details ⌄

### 173
**DEPARTS** 4:05p  →  1h 24m  **ARRIVES** 5:29p

Trip Details ⌄

Back                    CONTINUE

Cha
ava
pres
ALT
plus
1
to

1/2

| Coach<br>from | Business<br>from | Private Rooms |
|---|---|---|
| $ 24 | $ 81 | Not Offered |

| Coach<br>from | Business<br>from | Private Rooms |
|---|---|---|
| $ 24 | $ 81 | Not Offered |

Trip Details ⌄



| 129 | DEPARTS<br>4:24p | → 1h 33m | ARRIVES<br>5:57p |

| Coach<br>from | Business<br>from | Private Rooms |
|---|---|---|
| $ 24 | $ 70 | Not Offered |

**Premium**  **Fastest**

Trip Details ⌄



| 2167 | DEPARTS<br>5:00p | → 1h 7m | ARRIVES<br>6:07p |

| Coach | Business<br>from | First<br>from |
|---|---|---|
| Not Offered | $ 60 | $ 159 |

Showing 1 - 10 of 11     <   ()     **1**   ()     2   ()     >   ()

Need Help?

2/2