# Exhibit 3

**Deposition Staffing**

| Deposition | Billed | Plaintiff | Record | Defendants |
|---|---|---|---|---|
| Anne Marie Kelly | 3 | Romo, Freudenberger, Taylor | 4 | Escobar, Jackal, Griffin, Ritterman |
| Arthur Campbell I | 2 | Green, Romo | 4 | Jackal, DeRose, Zaffarese, Gray |
| Arthur Campbell II | 2 | Green, Taylor, *Feinberg* | 5 | Jackal, DeRose, John, Zaffarese, Ritterman |
| Bruce Koenig | 2 | McCarthy, Freudenberger | 4 | Escobar, Jackal, DeRose, Mays |
| Carl Robertson | 1 | Rogachevsky | 4 | Escobar, Griffin, Mays, Sorathia |
| Charles Campisi | 2 | Feinberg, Harris | 3 | Escobar, Griffin, Mays |
| Darnell Blow | 1 | Romo | 5 | Rosenthal, Jackal, DeRose, John, Mays |
| Dennis Zungolo | 4 | Freudenberger, Green, Romo, Taylor | 6 | Jackal, DeRose, Mays, Gavin, Ritterman, Cummins |
| Douglas Vogelman | 7 | Green, Romo, Freudenberger, Feinberg, Harris, Rogachevsky, Taylor | 5 | Rosenthal, Walsh, DeRose, Ritterman, Sorathia |
| Durand Begault | 1 | McCarthy | 4 | Escobar, Jackal, DeRose, Mays |
| Frank Holmes | 1 | Green | 6 | Jackal, DeRose, Mays, Ritterman, Cummins, Gray |
| John Hewitt | 3 | Romo, Freudenberger, Taylor | 4 | Escobar, Jackal, Griffin, Ritterman, |
| John Nixon I | 3 | Freudenberger, Green, Taylor, *Cion* | 4 | Jackal, Griffin, Zaffarese, Sorathia |
| John Nixon II | 3 | Freudenberger, Green, Taylor, *Cion* | 7 | Jackal, Escobar, Griffin, Zaffarese, Sorathia, Mays, Gavin |
| John Prendergast I | 2 | Freudenberger, Taylor | 3 | Jackal, Griffin, Ritterman |
| John Prendergast II | 2 | Freudenberger, Taylor | 4 | Jackal, Escobar, Griffin, Ritterman |
| Judy Melinek | 3 | Green, Freudenberger, Taylor, *Neufeld*, *Cion* | 4 | Escobar, DeRose, Mays, Sorathia |
| Justin Votta | 2 | Feinberg, Rogachevsky, *Neufeld* | 5 | Rosenthal, Jackal, John, Mays, Sorathia |
| Keenya Taylor | 4 | Green, Freudenberger, Rogachevsky, Taylor | 5 | Jackal, John, Ritterman, Sorathia, Mays |
| Kevin Hodges | 1 | Green | 5 | Jackal, Rosenthal, John, Sorathia, Mays |
| Leitha Elliot | 2 | Freudenberger, Rogachevsky* | 4 | Rosenthal, DeRose, John, Ritterman |
| Marc Dupre | 1 | Freudenberger | 4 | Jackal, Reilly, Ritterman, Mays |
| Mark Webb | 4 | Green, Freudenberger, Taylor, Rogachevsky* | 4 | Rosenthal, DeRose, John, Mays |
| Martin Vinson | 7 | Freudenberger, Green, Romo, Feinberg, Harris, Rogachevsky*, Wali-Ali*, *Neufeld*, *Etienne*, *Carpenter* | 4 | Rosenthal, DeRose, Ritterman, Mays |
| Megan Nelson | 2 | Feinberg, Rogachevsky* | 5 | Jackal, Rosenthal, DeRose, John, Mays |

*Italics* indicates individual was on the record but did not bill for the deposition.
\* Indicates individual was not on the record but did bill for the deposition.

1

| | | | | |
|---|---|---|---|---|
| Megan Clement | 2 | McCarthy, Freudenberger* | 3 | Griffin, DeRose, Mays |
| Michael Clark | 1 | Feinberg, *Harris, Kaufman-Sedano, Hays* | 4 | Escobar, Jackal, Griffin, Mays |
| Michael Kuzel | 3 | Freudenberger, Cion, Taylor | 4 | Jackal, Escobar, DeRose, Mays |
| Michael Youse | 1 | Green | 5 | Rosenthal, DeRose, John, Mays, Gray |
| Robert Ellis I | 8 | Green, Freudenberger, Romo, Feinberg, Harris, Taylor*, Wali-Ali*, Rogachevsky* | 4 | Walsh, DeRose, Ritterman, Mays |
| Robert Ellis II | 2 | Green, Taylor, *Etienne* | 5 | Jackal, John, Ritterman, Mays, Sorathia |
| Robert Ellis III | 2 | Green, Taylor | 5 | Walsh, Jackal, John, Sorathia, Mays |
| Roger Mitchell | 2 | Green, Freudenberger* | 3 | Jackal, Reily, Mays |
| Russel Fischer | 1 | Freudenberger, *Cion* | 3 | Jackal, DeRose, Sorathia |
| Russell Gates | 1 | Romo | 5 | Jackal, John, Sorathia, Mays, Ritterman |
| Ruth Ballard | 2 | Freudenberger, McCarthy | 3 | Jackal, DeRose, Mays |
| Sam Gulino | 2 | Freudenberger, Taylor | 5 | Jackal, Griffin, Ritterman, Mays, Sorathia |
| Susan Rushing | 1 | Feinberg | 4 | Escobar, DeRose, Ritterman, Mays |
| Sybil Murphy | 2 | Freudenberger, Taylor | 3 | Jackal, John, Sorathia |
| Termaine Hicks | 4 | Freudenberger, Rogachevsky, Harris, Taylor, *Feinberg, Romo, Etienne* | 9 | Jackal, Rosenthal, Shedd, John, Zaffarese, Sorathia, Mays, Ritterman, Gavin |
| Timothy Palmbach | 1 | Freudenberger | 5 | Jackal, Escobar, Griffin, Ritterman, Zaffarese |
| Tomekia Gaskins | 1 | Feinberg, *Etienne* | 7 | Jackal, Derose, John, Mays, Zaffarese, Sorathia, Ritterman |
| Tyhease Hicks | 1 | Romo | 6 | Escobar, DeRose, John, Ritterman, Mays, Sorathia |
| Tyron McClendon | 1 | Feinberg | 4 | Jackal, DeRose, Ritterman, Sorathia |
| Virginia Slichter | 1 | Romo | 5 | Escobar, John, Ritterman, Sorathia, Mays |
| Wa Lee | 1 | Freudenberger, *Neufeld, Harris* | 6 | Jackal, John, DeRose, Ritterman, Sorathia, Mays |
| **Totals** | **106** | | **210** | |

*Italics* indicates individual was on the record but did not bill for the deposition.
\* Indicates individual was not on the record but did bill for the deposition.