# Exhibit 5

**AMENDED CHART 1**
**Summary of Expenses**

| Type of Expense | Amount |
|---|---|
| Deposition and Discovery Costs | $70,951.25[1] |
| Investigation Fees and Expenses | $17,427.42 |
| Printing, Copying, and Scanning | $9,817.88 |
| Records Requests | $2,108.47 |
| Court Fees | $675.00 |
| Westlaw/Research Costs | $14,938.95 |
| Shipping Costs | $270.07 |
| Travel and Meal Costs | $70,647.61[2] |
| Trial Costs | $126,874.90[3] |
| Trial Transcript Costs | $22,709.72 |
| Witness Fees | $162.04 |
| **Total** | **$336,583.31** |

---

[1] This amount has been updated from $49,525.95 to reflect an arithmetic error in the original table.

[2] This amount has been updated from $59,737.27 to reflect an arithmetic error in the original table, which should have been $70,863.66. It has been further updated to reflect the removal of identified expenses.

[3] This amount has been updated from $127,180.70 reflect the removal of identified expenses.

1

**AMENDED CHART 2**

**Deposition and Discovery Costs**

| Date | Name | Memo/Description | Amount |
|---|---|---|---|
| 2/10/2023 | Keno Kozie Associates | Nextpoint Document Discovery Database Charge | 497.5 |
| 3/23/2023 | Keno Kozie Associates | Nextpoint Document Discovery Database Charge | 360 |
| 3/23/2023 | Keno Kozie Associates | Nextpoint Document Discovery Database Charge | 360 |
| 9/20/2023 | On The Record | Douglas Vogelman Videographer | 1325 |
| 9/20/2023 | On The Record | Robert Ellis Videographer | 1100 |
| 9/20/2023 | On The Record | Martin Vinson Videographer | 1300 |
| 10/4/2023 | Kaplan Leaman & Wolfe | Invoice 23135KAM Martin Vinson Invoice | 2496.1 |
| 10/4/2023 | Kaplan Leaman & Wolfe | Invoice 23040KAM Robert Ellis Rough Draft Invoice | 646 |
| 10/4/2023 | Kaplan Leaman & Wolfe | Invoice 23205KAM Douglas Vogelman Invoice | 3364.5 |
| 10/4/2023 | Kaplan Leaman & Wolfe | Invoice 23176KAM Robert Ellis Invoice | 1119.1 |
| 10/4/2023 | Kaplan Leaman & Wolfe | Invoice 23472KAM Kevin Hodges Invoice | 1693.8 |
| 10/4/2023 | Kaplan Leaman & Wolfe | Invoice 24121KAM Dennis Zungolo Invoice | 918.8 |
| 10/12/2023 | Kaplan Leaman & Wolfe | Frank Holmes Invoice 24229KAM | 844.4 |
| 11/1/2023 | Kaplan Leaman & Wolfe | Michael Youse Invoice 24572KAM | 615 |
| 12/6/2023 | Lexitas | Arthur Campbell Invoice 38465 | 1562.8 |
| 12/6/2023 | On The Record | Invoice 12321 Dennis Zungolo Videographer | 1250 |
| 12/20/2023 | U.S. Legal Support | Hicks/Inv. 20230571847-13 | 899 |
| 12/30/2023 | Keno Kozie Associates | Nextpoint Document Discovery Database Charge | 120 |
| 1/3/2024 | Kaplan Leaman & Wolfe | Termaine Hicks/Inv. 25888KAM | 754.50 |
| 1/12/2024 | Reliable Court Reporting | Termaine Hicks/Inv. 8408 | 198.80 |
| 1/16/2024 | Cornerstone Discovery | ESI data collection and processing of Hicks phone and email accounts | 5000 |
| 1/24/2024 | Kaplan Leaman & Wolfe | Mark Webb Invoice 201584 | 421.6 |
| 2/7/2024 | Keno Kozie Associates | Nextpoint Document Discovery Database Charge | 120 |
| 2/28/2024 | Reliable Court Reporting | Darnell Blow Invoice 8683 | 222.5 |
| 2/28/2024 | Kaplan Leaman & Wolfe | Sybil Murphy Deposition | 974.6 |
| 3/6/2024 | Dynamic Language Services LLC | Invoice 20105253 Wa Lee Deposition | 792.5 |
| 3/6/2024 | On The Record | Robert Ellis Day 3 Videographer | 950 |
| 3/6/2024 | On The Record | Robert Ellis Day 2 Videographer | 1050 |
| 3/6/2024 | Lexitas | Arthur Campbell Video Invoice 42278 | 295 |

2

| 3/6/2024 | Lexitas | Arthur Campbell Video Invoice 42277 | 295 |
|---|---|---|---|
| 4/3/2024 | Kaplan Leaman & Wolfe | Invoice 203249 Robert Ellis 2/29 Deposition | 934.3 |
| 4/3/2024 | Kaplan Leaman & Wolfe | Invoice 203193 Robert Ellis 2/28 Deposition | 1377.6 |
| 4/3/2024 | Kaplan Leaman & Wolfe | Invoice 203372 Keenya Taylor Deposition | 582.8 |
| 4/24/2024 | Reliable Court Reporting | Termaine Hicks/Inv. 9320 | 850.55 |
| 5/1/2024 | US Legal Support | Deposition Transcript | 2445.45 |
| 5/9/2024 | US Legal Support | Invoice 20240660719-13 Deposition of Virginia Slichter | 364.65 |
| 5/9/2024 | US Legal Support | Invoice 20240664725-13 Deposition of Russell Gates | 471.25 |
| 5/9/2024 | US Legal Support | 20240659520-13 Deposition of Tyhease Hicks | 781.8 |
| 6/24/2024 | Cornerstone Discovery | ESI data collection and processing of Hicks phone and email accounts | 985 |
| 6/24/2024 | Cornerstone Discovery | ESI data collection and processing of Hicks phone and email accounts | 1127.5 |
| 6/24/2024 | Kaplan Leaman & Wolfe | Invoice 204547 Pendergrast Dep. | 498.11 |
| 6/25/2024 | US Legal Support | Invoice 20240625979-13 Video Dep of Wa Lee | 842.38 |
| 7/8/2024 | Kaplan Leaman & Wolfe | Invoice 205038 (Deps of J. Hewitt and A. Kelly) | 847.38 |
| 7/17/2024 | Reliable Court Reporting | Leitha Elliot Invoice | 376.55 |
| 8/19/2024 | Cornerstone Discovery | ESI data collection and processing of Hicks phone and email accounts | 554.34 |
| 9/10/2024 | Lexitas | Transcript for A. Campbell Dep | 2102.55 |
| 10/04/2024 | Kaplan Leaman & Wolfe | Hicks/Inv. 206828 | 669.60 |
| 10/23/2024 | Kaplan Leaman & Wolfe | Hicks/Inv. 207031 | 399.90 |
| 11/6/2024 | Lexitas | Hicks/Inv. 51139 | 1414.55 |
| 11/25/2024 | Kaplan Leaman & Wolfe | Deposition of M. Kuzel | 1197.38 |
| 11/25/2024 | Kaplan Leaman & Wolfe | Deposition of D. Begault | 2737.84 |
| 11/25/2024 | Kaplan Leaman & Wolfe | Deposition of J. Nixon Part 1 | 593.8 |
| 11/25/2024 | Kaplan Leaman & Wolfe | Deposition of M. Clement | 637 |
| 11/25/2024 | Kaplan Leaman & Wolfe | Deposition of J. Nixon Part 2 | 667.23 |
| 11/25/2024 | Keno Kozie Associates | Nextpoint Document Discovery Database Charge | 120 |
| 11/26/2024 | US Legal Support | Deposition of R. Mitchell | 2486.93 |
| 11/26/2024 | US Legal Support | Deposition of T. Palmbach | 1332.15 |
| 11/26/2024 | US Legal Support | Deposition of B. Koenig | 1159.43 |

| 1/3/2025 | US Legal Support | Payment of deposition invoices 20240801801-13, 20240799777-13, and 20240818419-13 | 3656.31 |
|---|---|---|---|
| 1/27/2025 | Kaplan Leaman & Wolfe | Deposition of J. Melinek | 2542.92 |
| 6/11/2025 | On The Record | Hicks – INV. 56218 | 2755 |
| 6/11/2025 | US Legal Support | Video from Deposition of T. Hicks | 827.5 |
| 7/27/2025 | Lexitas | Synced Deposition of Arthur Campbell Day 1 | 295 |
| 7/27/2025 | Lexitas | Synced Deposition of Arthur Campbell Day 2 | 295 |
| 8/13/2025 | On The Record | Hicks – INV. 56827 | 475 |
|  |  | **Total** | ~~$49,525.95~~ **$70,951.25**[4] |

---

[4] The updated total reflects the correction of the arithmetic issue in the original total.

**AMENDED CHART 9**
**Travel & Meal Costs**

| Date | Name | Memo/Description | Amount |
|---|---|---|---|
| 7/11/2023 | Amtrak | Train for E. Freudenberger to Philly for Investigation | 89 |
| 7/11/2023 | Amtrak | Train for A. Green to Philly for Investigation | 89 |
| 7/13/2023 | Parc Restaurant | Lunch meeting re: case including T. Hicks, Freudenberger, Green | 171.56 |
| 7/13/2023 | Ultimo Coffee | Travel Meal – E. Freudenberger | 10.45 |
| 7/13/2023 | Katrina Rogachevsky | Transportation for Crime Scene Visit | 33.36 |
| 7/13/2023 | Katrina Rogachevsky | Meals for Crime Scene Visit | 31.5 |
| 7/17/2023 | Amex Travel | Hotel for A. Green in Philly for Dep | 344.46 |
| 7/18/2023 | Amex Travel | Hotel for E. Freudenberger in Philly for Dep | 502.47 |
| 7/18/2023 | Amex Travel | Hotel for G. Romo in Philly for Dep | 502.47 |
| 7/18/2023 | Amtrak | Travel for G. Romo to/from Dep in Philly | 138 |
| 7/19/2023 | Amtrak | Travel for A. Taylor to Philly for Dep | 72 |
| 7/24/2023 | Lyft | Local travel for G. Romo for dep | 9.83 |
| 7/24/2023 | Lyft | Local travel for G. Romo for dep | 12.92 |
| 7/24/2023 | Lyft | Local travel for G. Romo for dep | 16.99 |
| 7/24/2023 | Red Owl & Stratus | Travel Meal - E. Freudenberger | 24.8 |
| 7/25/2023 | Lyft | Local travel for G. Romo for dep | 10.99 |
| 7/25/2023 | Lyft | Local travel for G. Romo for dep | 13.67 |
| 7/25/2023 | Lyft | Local travel for A. Taylor for dep | 35.99 |
| 7/25/2023 | Amtrak | Train Fare - E. Freudenberger | 25 |
| 7/25/2023 | Hotel Monaco | Hotel - E. Freudenberger | 144.56 |
| 7/26/2023 | Lyft | Local travel for G. Romo for dep | 28.99 |
| 8/1/2023 | Amtrak | Train for G. Romo to Philly for Dep | 26 |
| 8/2/2023 | Amtrak | Train for A. Green to Philly for Dep | 100 |
| 8/2/2023 | Amtrak | Train for A. Taylor to Philly for Dep | 26 |
| 8/3/2023 | Lyft | Local travel for A. Taylor for dep | 59.71 |
| 8/4/2023 | Lyft | Local travel for A. Taylor for dep | 45.99 |
| 8/4/2023 | Grubhub | Lunch for team and Client (Vogelman Dep) | 140.08 |
| 8/15/2023 | Amtrak | Train for A. Green to Philly for Dep | 38 |

5

| 9/20/2023 | Lyft | Local travel for K. Rogachevsky for dep | 33.48 |
|---|---|---|---|
| 9/21/2023 | Lyft | Local travel for K. Rogachevsky for dep | 15.79 |
| 9/21/2023 | Autopark at 8th Filbert | Parking in Philly for Dep | 26 |
| 9/21/2023 | Sunoco | Gas for case travel - E. Freudenberger | 85.3 |
| 9/25/2023 | Amex Travel | Hotel for E. Freudenberger in Philly for Dep | 406.14 |
| 9/25/2023 | Amtrak | Train for A. Green to Philly for Dep | 72 |
| 9/26/2023 | Pret A Manger | Meal while traveling for Dep – A. Green | 7.56 |
| 9/26/2023 | Starbucks | Travel Meal - A. Green | 14.54 |
| 9/26/2023 | VTS Philadelphia | Travel – E. Freudenberger | 11.15 |
| 9/26/2023 | VTS Philadelphia | Travel – A. Green | 13.4 |
| 10/13/2023 | Amtrak | Travel for A. Green | 212 |
| 10/14/2023 | Amtrak | Travel for A. Green | 128 |
| 10/14/2023 | Verifone Transportation | Taxi for A. Green | 14.4 |
| 10/24/2023 | Amtrak | Travel for A. Green Dep | 51 |
| 10/24/2023 | Uber | Travel for A. Green | 33.98 |
| 10/25/2023 | Amtrak | Train for A. Green to Philly for Dep | 20 |
| 10/25/2023 | UberEats | Meal for A. Green | 14.99 |
| 10/25/2023 | Uber | travel for A. Green | 26.96 |
| 10/25/2023 | Uber | Travel for A. Green | 11.18 |
| 10/26/2023 | Lyft | Local travel for G. Romo for Dep | 7.98 |
| 10/26/2023 | Amtrak | Travel for G. Romo | 256 |
| 10/26/2023 | CQ Philadelphia | Hotel for A. Green | 413.69 |
| 10/26/2023 | Uber | Local travel for A. Green | 11.98 |
| 10/27/2023 | Amtrak | Train for A. Green to Philly for Dep | 142 |
| 11/10/2023 | Amtrak | Travel for P. Neufeld to Philly | 190.8 |
| 11/11/2023 | Amtrak | Travel Home for P. Neufeld from Philly | 190.8 |
| 11/11/2023 | Amtrak | Train fare - E. Freudenberger | 20 |
| 11/11/2023 | Amtrak | Train fare for E. Freudenberger | 212 |
| 11/11/2023 | Pret A Manger | Travel meal - E. Freudenberger | 10.26 |
| 11/11/2023 | Amtrak | Travel meal - E. Freudenberger | 9.5 |
| 11/11/2023 | Amtrak | Travel meal - E. Freudenberger | 10.5 |
| 11/11/2023 | Verifone Transportation | Taxi - E. Freudenberger | 15.8 |

6

| 11/13/2023 | Allianz Travel Insuarance | Insurance on G. Romo train | 9 |
|---|---|---|---|
| 11/15/2023 | Amtrak | Refund for Cancelled Train Ticket | -106.5 |
| ~~11/29/2023~~ | ~~Lyft~~ | ~~Local travel for K. Rogachevsky for dep~~ | ~~16.76[5]~~ |
| ~~11/29/2023~~ | ~~Lyft~~ | ~~Local travel for K. Rogachevsky for dep~~ | ~~15.95[6]~~ |
| 12/19/2023 | Amtrak | Travel for A. Green to Philly for Dep | 80 |
| 12/19/2023 | Amtrak | Travel for A. Taylor to Philly for Dep | 80 |
| 12/19/2023 | La Colombe | Travel meal | 18.9 |
| 12/20/2023 | Gerardo Romo | 10/25/23 Lunch during deposition break - Gerardo & Termaine | 23.91 |
| 12/20/2023 | Emma Freudenberger | Hicks meal reimbursement | 19.44 |
| 12/20/2023 | Emma Freudenberger | Hicks meal reimbursement | 4.05 |
| 12/20/2023 | Amelia Green | Uber to Jon's office dep trip | 10.91 |
| 12/20/2023 | Amelia Green | Breakfast - dep trip | 7.02 |
| 12/20/2023 | Amelia Green | Amtrack ticket exchange | 14 |
| 12/20/2023 | Amelia Green | Dinner hicks dep trip | 12.56 |
| 12/20/2023 | Amelia Green | Amtrak ticket Philly to NYC | 86 |
| 12/20/2023 | Amelia Green | Lunch w/client - dep trip | 23.29 |
| 12/20/2023 | Amelia Green | breakfast dep trip | 10.07 |
| 12/20/2023 | Amelia Green | Uber from hotel to dep location | 8.97 |
| 12/20/2023 | Amelia Green | Return Amtrak for Gerardo, Alfred, Amelia (Vogelman dep trip) | 153 |
| 12/20/2023 | Amelia Green | Dinner for team at train station (Vogelman dep trip) | 31.38 |
| 12/20/2023 | Amelia Green | Hotel - vogelman dep | 247.96 |
| 12/20/2023 | Amelia Green | Uber to train station | 21.92 |
| 12/20/2023 | Amelia Green | Uber from train station to hotel | 8.82 |
| 12/20/2023 | Amelia Green | Taxi from train station home | 50.76 |
| 12/20/2023 | Amelia Green | Uber from hotel to dep location | 9.95 |
| 12/20/2023 | Amelia Green | Uber to dep location | 10.94 |
| 12/20/2023 | Amelia Green | Dinner dep trip | 25.92 |
| 12/20/2023 | Amelia Green | Lunch Ellis dep | 11.5 |

[5] Identified as an additional expense that should be withdrawn after Defendants filed their response in opposition.
[6] Identified as an additional expense that should be withdrawn after Defendants filed their response in opposition.

7

| 12/20/2023 | Amelia Green | Train ticket ellis and vinson dep | 72 |
|---|---|---|---|
| 12/20/2023 | Amelia Green | Return train tickets for emma and amelia, scene visit | 256 |
| 12/20/2023 | Amelia Green | Breakfast for team scene visit | 20.05 |
| 12/20/2023 | Amtrak | Travel Home for A. Green from Philly Dep | 116 |
| 12/20/2023 | Amtrak | Travel Home for A. Taylor from Philly Dep | 128 |
| 1/9/2024 | Amtrak | Train for G. Romo to Philly for Dep | 23 |
| 1/10/2024 | Amtrak | Travel for T. Hicks to NYC for Dep Prep Meeting | 208 |
| 1/11/2024 | Amtrak | Train for E. Freudenberger to Philly for Dep | 102 |
| 1/11/2024 | Amtrak NorthEast Cafe | Travel meal | 13 |
| 1/17/2024 | Amtrak NorthEast Cafe | Travel meal for E. Freudenberger | 17 |
| 1/17/2024 | Amtrak | Train for E. Freudenberger from Philly Dep | 53 |
| 1/17/2024 | Dujour Cafe | Travel meal for E. Freudenberger | 3.39 |
| 1/17/2024 | Sweet Green | Travel meal for E. Freudenberger | 6.43 |
| 1/17/2024 | VTS Philadelphia | Local travel for E. Freudenberger | 10.65 |
| 1/19/2024 | Amtrak | Train to NYC for T. Hicks for Dep Prep meeting | 96 |
| 1/22/2024 | Amtrak | Train to Philly for T. Hicks - Dep Prep | 109 |
| 1/22/2024 | Amtrak | Refund – Credit Card Charge | -1 |
| 1/23/2024 | Amtrak | Train for A. Taylor to Philly for Dep | 102 |
| 1/24/2024 | Amex Fine Hotels & Resorts | Hotel for E. Freudenberger | 672.57 |
| 1/24/2024 | Autopark at 8th Filbert | Parking | 26 |
| 1/24/2024 | Allianz Travel Insurance | Travel to Philadelphia for A. Taylor | 9 |
| 1/26/2024 | The Ritz Carlton | Multiple travel meals & parking for E. Freudenberger | 269.99 |
| 2/13/2024 | Lyft | Local Travel for K. Rogachevsky for Clothing Inspection (tip) | 1.79 |
| 2/13/2024 | Lyft | Local Travel for K. Rogachevsky for Clothing Inspection | 9.99 |
| 2/13/2024 | Lyft | Local Travel for K. Rogachevsky for Clothing Inspection (tip) | 2.79 |
| 2/13/2024 | Lyft | Local Travel for K. Rogachevsky for Clothing Inspection | 13.94 |
| 2/14/2024 | Amtrak | Refund for Changed Change for T. Hicks | -16 |
| 2/14/2024 | Amtrak | Train for A. Green to Philly for Dep | 43 |
| 2/14/2024 | Amtrak | Train for A. Taylor to Philly for Dep | 43 |
| 2/26/2024 | Amtrak | Train for E. Freudenberger to Philly for Dep | 74 |
| 2/26/2024 | VTS Philadelphia | Local Travel for E. Freudenberger | 15.85 |

| 2/26/2024 | Amtrak | Change of Train for A. Taylor to Philly | 37 |
|---|---|---|---|
| 2/27/2024 | Amtrak | Train for E. Freudenberger from Philly Dep | 74 |
| 2/27/2024 | Amtrak | Travel Meal for E. Freudenberger | 16.75 |
| 2/27/2024 | Kimpton Hotel | Hotel for E. Freudenberger for Dep | 231.04 |
| 2/27/2024 | Red Owl & Stratus | Travel Meal - E. Freudenberger | 32.3 |
| 2/28/2024 | Lyft | Local Travel for A. Taylor for Dep. | 44.73 |
| 2/28/2024 | Maman | Travel meal for A. Green | 21.69 |
| 2/28/2024 | Uber | A. Green transportation to train | 54.4 |
| 2/29/2024 | Lyft | Local Travel for A. Taylor for Dep. | 10.87 |
| 2/29/2024 | Amtrak | Travel for A. Green for Dep | 92 |
| 2/29/2024 | Dunkin | Travel meal for A. Green | 1.49 |
| 2/29/2024 | Uber | Local travel for A. Green in Philly | 24.95 |
| 3/1/2024 | Uber | Local travel for A. Green in Philly | 10.35 |
| 3/1/2024 | Westin | Hotel for A. Green - Dep Trip | 352.76 |
| 3/1/2024 | Westin | Hotel for A. Taylor in Philly Dep Trip | 367.53 |
| 3/25/2024 | Amtrak | Travel for G. Romo to Philly for Dep | 182 |
| 3/28/2024 | Lyft | Local travel for G. Romo for H-File Inspection | 9.99 |
| 3/28/2024 | Amtrak | Travel for G. Romo from Philly for Dep | 181 |
| 6/4/2024 | Amtrak | Train | 91 |
| 6/7/2024 | Amtrak | Train for G. Romo to NYC from Dep | 164 |
| 6/7/2024 | Lyft | Local Travel for G. Romo to Co-Counsel for Dep | 13.51 |
| 8/15/2024 | Amtrak | Train Ticket for A. Green to Inspection | 68 |
| 8/16/2024 | Pret A Manger | Travel Meal for A. Green | 20.2 |
| 8/16/2024 | Uber | Car to Train for A. Green | 46.94 |
| 8/16/2024 | Amtrak | Train Ticket for A. Green from Inspection | 138 |
| 9/20/2024 | Amtrak | Trains for A. Taylor To/From Philly for Experiment | 218 |
| 9/23/2024 | Lyft | Car for K. Rogachevsky to Experiment (tip) | 4.85 |
| 9/23/2024 | Lyft | Car for K. Rogachevsky to Experiment | 24.23 |
| 9/23/2024 | Lyft | Car for A. Taylor to Experiment | 12.63 |
| 9/23/2024 | Lyft | Car for K. Rogachevsky from Experiment (tip) | 3.2 |
| 9/23/2024 | Lyft | Car for K. Rogachevsky from Experiment | 16.02 |
| 9/23/2024 | The Logan Philadelphia | Hotel for A. Taylor | 303.44 |

9

| 3/14/2025 | Amtrak | Train for E. Freudenberger to Philly | 104 |
|---|---|---|---|
| 3/14/2025 | Amtrak | Train to Philly for A. Green | 104 |
| 3/17/2025 | Amtrak | Train for A. Hoffmann to Philly | 90 |
| 3/17/2025 | Amtrak | Train for K. Cion to Philly | 115 |
| 3/20/2025 | Amtrak | Train to Philly for A. Taylor | 104 |
| 3/24/2025 | La Colombe | Travel Meal for A. Green | 4 |
| 3/24/2025 | Amtrak NorthEast Cafe | Travel Meal for A. Green | 37.5 |
| 3/24/2025 | La Colombe | Travel Meal for A. Green | 6.75 |
| 3/24/2025 | La Colombe | Travel Meal for A. Green | 17.39 |
| 3/24/2025 | Old Nelson Food | Travel Meal for A. Green | 15.1 |
| 3/24/2025 | Amtrak | Train for A. Hoffmann from Philly | 84 |
| 3/24/2025 | Park Fast | Parking at Train Station for A. Hoffmann | 19 |
| 3/24/2025 | Verifone | Cab in Philly | 12.5 |
| 3/24/2025 | Amtrak | Train for E. Freudenberger from Philly | 66 |
| 3/24/2025 | Verifone | Cab in Philly | 14.5 |
| 3/24/2025 | Lyft | Car to Train for K. Cion (tip) | 4.13 |
| 3/24/2025 | Lyft | Car to Train for K. Cion | 20.66 |
| 3/24/2025 | Lyft | Car from Court to Train for A. Taylor | 13.03 |
| 3/24/2025 | Lyft | Car to Train for A. Green | 34.92 |
| 3/24/2025 | Amtrak | Train for A. Green from Philly | 89 |
| 3/24/2025 | Amtrak | Train for K. Cion from Philly | 89 |
| 3/24/2025 | Amtrak | Train for A. Taylor from Philly | 89 |
| 4/2/2025 | Peter Neufeld | Roundtrip Train Ticket to Philly for Argument | 139.5 |
| 4/2/2025 | Peter Neufeld | Car to Penn Station for Train | 70.74 |
| 4/2/2025 | Peter Neufeld | Travel Meal | 11.23 |
| 4/2/2025 | Peter Neufeld | Cab to Court from Train | 14.25 |
| 4/2/2025 | Peter Neufeld | Cab to Train from Court | 19.46 |
| 7/22/2025 | Amtrak | Train from Philly for J. Park | 102 |
| 7/22/2025 | Amtrak | Train from Philly for A. Taylor | 102 |
| 7/22/2025 | Hotel Mulberry | Hotel for T. Hicks | 335.13 |
| 7/25/2025 | Amtrak | Train to Philly for A. Green | 93 |
| 7/25/2025 | Amtrak | Train to Philly for A. Hoffmann | 58 |
| 7/25/2025 | Amtrak | Train to Philly for A. Taylor | 60 |

10

| 7/25/2025 | Amtrak | Train to Philly for J. Park | 60 |
|---|---|---|---|
| 7/25/2025 | Amtrak | Train to Philly for K. Cion | 60 |
| 7/25/2025 | Amtrak | Train to Philly for G. Paras | 93 |
| 7/25/2025 | Amtrak | Train to Philly for E. Freudenberger | 60 |
| 7/25/2025 | Amtrak | Train to Philly for N. Brustin | 60 |
| 7/29/2025 | Amtrak | Train for T. Hicks to Philly After Trial Prep | 95 |
| 7/29/2025 | Amtrak | Train for T. Hicks to NYC for Trial Prep | 192 |
| 7/31/2025 | Amtrak | Train for A. Hoffmann from Philly | 175 |
| 7/31/2025 | Amtrak | Train for J. Park to NYC After PTC | 118 |
| 7/31/2025 | Amtrak | Train for E. Freudenberger from Philly | 145 |
| 7/31/2025 | Amtrak | Travel Meal for A. Green | 26.5 |
| 7/31/2025 | Amtrak | Train Ticket from Philly for A.Green | 6 |
| 7/31/2025 | Amtrak | Train Ticket from Philly for A.Green | 278 |
| 7/31/2025 | Amtrak | Train for E. Freudenberger from Philly | 145 |
| 7/31/2025 | Amtrak | Travel for N. Brustin from Philly | 290 |
| 7/31/2025 | La Colombe | LA COLOMBE - INDEPEN Philadelphia     PA – breakfast for team members pretrial conference | 22.67 |
| 7/31/2025 | Lascalas Fire | Travel Meal for Hicks Team - PreTrial Conf | 264.78 |
| 7/31/2025 | Lyft | Car to Train for Pretrial Conf for G. Paras (tip) | 6.88 |
| 7/31/2025 | Lyft | Car for E. Freudenberger for Pretrial Conf | 36.89 |
| 7/31/2025 | Lyft | Car to Train for Pretrial Conf for G. Paras | 40.99 |
| 7/31/2025 | Lyft | Car for E. Freudenberger for Pretrial Conf (tip) | 7.38 |
| 7/31/2025 | Lyft | Travel to Train for K. Cion | 35.96 |
| 7/31/2025 | Lyft | Transporting Exhibits/Docs to Train for A. Taylor | 61.99 |
| 7/31/2025 | Lyft | Car for K. McCarthy to PreTrial Conf | 29.66 |
| 7/31/2025 | Lyft | Car for A. Hoffmann to train back from PreTrial Conf | 17.37 |
| 7/31/2025 | Lyft | Travel to Train for G. Paras | 19.13 |
| 7/31/2025 | Lyft | Travel to Train for G. Paras (tip) | 2.87 |
| 7/31/2025 | Lyft | Car for N. Brustin to PTC | 36.02 |
| 7/31/2025 | Old Nelson Food | OLD NESLON FOOD CO 0 PHILADELPHIA     PA – pretrial conference meal | 5.98 |
| 7/31/2025 | Park Fast | Parking for A. Hoffmann - PreTrial Conference | 19 |

| 7/31/2025 | PHILADELPHIA PHILADE LONG ISLAND CITY | Local Travel for A. Green | 12.5 |
|---|---|---|---|
| 7/31/2025 | PHILADELPHIA PHILADE LONG ISLAND CITY | Local Travel for N. Brustin | 12.75 |
| 7/31/2025 | Pret A Manger | Travel Meal for E. Freudenberger | 19 |
| 7/31/2025 | Starbucks | Travel Meal for N. Brustin | 5.3 |
| 7/31/2025 | Amtrak | Train for A. Taylor to NYC After PTC | 145 |
| 8/1/2025 | Lyft | Car to Train for K. Cion (tip) | 7.19 |
| 8/1/2025 | Lyft | Transporting Exhibits/Docs to Train for A. Taylor (tip) | 1.74 |
| 8/1/2025 | Lyft | Car for A. Hoffmann to train back from PreTrial Conf (tip) | 2.61 |
| 8/1/2025 | Uber | Car for N. Brustin Home From PTC | 19.4 |
| 8/4/2025 | Varick Newsstand LLC | Refreshments for Trial Team | 39.17 |
| 8/4/2025 | Amtrak | Train for K. Cion to Philly for Trial | 93 |
| 8/5/2025 | Grace Brustin | Transportation for N. Brustin, E. Freudenberger & A. Green from NYC to Philly for Trial | 300 |
| 8/5/2025 | Amtrak | Train for A. Hoffmann to Philly for Trial | 90 |
| 8/6/2025 | Katrina Rogachevsky | Transportation to motion hearing (9060) | 24.99 |
| 8/6/2025 | Katrina Rogachevsky | Lunch during motion hearing, incl. Peter, Anna, Katie C., Alfred, Katrina (9060) | 108.28 |
| 8/6/2025 | Katrina Rogachevsky | Transportation home from motion hearing (9060) | 14.75 |
| 8/6/2025 | Katrina Rogachevsky | Parking – transportation to court for courtroom & tech tour (9060) | 32 |
| 8/6/2025 | Katrina Rogachevsky | Lunch during trial prep (incl. Termaine, Emma, Joanne, Katrina) (9060) | 91.62 |
| 8/6/2025 | Bourse | Bourse Parking | 28 |
| 8/6/2025 | Amtrak | Train from Philly for S. Morrison | 68 |
| 8/6/2025 | Avis | Car Rental to Take Supplies to Philly for Trial | 372.17 |
| 8/6/2025 | Advance Service | Travel Meal for N. Brustin | 1.6 |
| 8/6/2025 | Advance Service | Travel Meal for N. Brustin | 3.1 |
| 8/6/2025 | Costco | Food for Trial Team | 422.96 |
| 8/6/2025 | Lukoil | Travel Meal for A. Green | 6.24 |
| 8/6/2025 | Lukoil | Travel Meal for N. Brustin | 12.04 |
| 8/6/2025 | Lukoil | Gas for Travel to Philly for N. Brustin/E. Freudenberger/A. Green | 28 |

12

| 8/6/2025 | Lyft | Car for K. Cion to Train for Trial | 49.76 |
|---|---|---|---|
| 8/6/2025 | Lyft | Car for K. Cion to Train for Trial (tip) | 9.95 |
| 8/6/2025 | Lyft | Car for K. McCarthy to Travel to Trial | 36.92 |
| 8/6/2025 | Lyft | Car for S. Morrison to Train after Load In | 18.67 |
| 8/6/2025 | Lyft | Car for K. Cion to Crime Scene | 15.99 |
| 8/6/2025 | Lyft | Car for E. Freudenberger - Trial Prep | 19.72 |
| 8/6/2025 | Lyft | Car for G. Paras - Crime Scene to Hotel | 16.51 |
| 8/6/2025 | Lyft | Car for A. Taylor to Office for Trial | 41.42 |
| 8/6/2025 | Lyft | Car for S. Morrison Home from Train | 56.95 |
| 8/6/2025 | First Daughter | Travel Meal for Hicks Team - Trial | 495.12 |
| 8/6/2025 | WAWA | Lunch for S. Morrison/A. Taylor/J. Park | 34.54 |
| 8/7/2025 | Amtrak | Train for P. Neufeld to Philly for Trial | 61.2 |
| 8/7/2025 | Amtrak | Train for A. Hoffmann to Philly | 139 |
| 8/7/2025 | Coffee Tea & Company | Travel Meal for A. Green | 4.98 |
| 8/7/2025 | 99 Hudson Street Associates | Travel Meal for A. Hoffmann | 14.54 |
| 8/7/2025 | Lyft | Car for A. Taylor to Office for Trial (tip) | 2.22 |
| 8/7/2025 | Lyft | Car for K. Rogachevsky to Hotel | 26.68 |
| 8/7/2025 | Lyft | Car for S. Morrison Home from Train (tip) | 11.82 |
| 8/7/2025 | Lyft | Car for K. Cion to Crime Scene (tip) | 3.2 |
| 8/7/2025 | Lyft | Car for E. Freudenberger - Trial Prep (tip) | 2.96 |
| 8/7/2025 | Lyft | Car for A. Hoffmann - Train to Court | 9.84 |
| 8/7/2025 | Lyft | Car for K. Rogachevsky to Hotel (tip) | 5.52 |
| 8/7/2025 | Lyft | Car for K. Rogachevsky from Voir Dire | 41.01 |
| 8/7/2025 | Park Fast | Parking for A. Hoffmann - Jury Selection | 19 |
| 8/7/2025 | PHILADELPHIA PHILADE LONG ISLAND CITY | Local Travel for A. Hoffmann | 13.25 |
| 8/7/2025 | Cafe Square One | Travel Meal for A. Green | 12.3 |
| 8/7/2025 | First Daughter | Travel Meal for N. Brustin | 3.9 |
| 8/7/2025 | Royal Boucherie | Travel Meal for N. Brustin | 52.74 |
| 8/7/2025 | Amtrak | Refund on Train Ticket for A. Hoffmann | -25 |
| 8/8/2025 | Amtrak | Train for P. Neufeld to Philly for Trial | 161.1 |
| 8/8/2025 | Amtrak | Refund for Cancelled Train for P. Neufeld | -61.2 |
| 8/8/2025 | Dunkin | Travel Meal for N. Brustin | 3.12 |

13

| 8/8/2025 | Lyft | Car for A. Taylor - Groceries for Trial Team | 11.89 |
|---|---|---|---|
| 8/8/2025 | Lyft | Car for A. Hoffmann - Train to Court (tip) | 1.48 |
| 8/8/2025 | Lyft | Car for K. Rogachevsky from Voir Dire (tip) | 8.2 |
| 8/8/2025 | First Daughter | Travel Meal for N. Brustin | 48.96 |
| 8/9/2025 | FoCoSS Forensics | Roundtrip flights from MHT to/from PHL and checked bag fees for expert Dupre. | 676.97 |
| 8/9/2025 | FoCoSS Forensics | Uber from PHL airport to Renaissance Philadelphia Hotel for expert Dupre. | 48.98 |
| 8/9/2025 | Madis Coffee | Travel Meal for A. Green | 29.77 |
| 8/9/2025 | First Daughter | Travel Meal for N. Brustin | 31.92 |
| 8/9/2025 | First Daughter | Travel Meal for N. Brustin | 8.68 |
| 8/9/2025 | First Daughter | Travel Meal for N. Brustin | 48.08 |
| 8/10/2025 | Grubhub | Lunch during trial prep meeting with Termaine, including Emma and Katrina | 61.69 |
| 8/10/2025 | Caviar | Travel Meal for N. Brustin | 50.91 |
| 8/10/2025 | Red Owl & Stratus | Travel Meal for N. Brustin | 38.9 |
| 8/10/2025 | Grubhub | Travel Meal for N. Brustin | 73 |
| 8/10/2025 | First Daughter | Travel Meal for A. Green | 35.84 |
| 8/10/2025 | First Daughter | Travel Meal for A. Green | 85.68 |
| 8/10/2025 | Grubhub | hicks trial meal (dinner 8/6) | 17.37 |
| 8/10/2025 | Grubhub | Hicks Lunch | 287.5 |
| 8/10/2025 | Grubhub | Dinner for Grace, Katie C, Alfred, and Joanne | 112.97 |
| 8/10/2025 | Grubhub | Jury Selection Day 2 Lunch (08/08/2025) | 219.67 |
| 8/10/2025 | Grubhub | Trial - Lunch for Katrina & Katie C | 67.43 |
| 8/10/2025 | Grubhub | Hicks Trial Team Dinner 2025/08/08 | 291.71 |
| 8/10/2025 | Grubhub | Lunch for AT - 08/09/25 | 35.73 |
| 8/10/2025 | Grubhub | trial lunch (8/9) | 35.66 |
| 8/10/2025 | Grubhub | Hicks trial lunch | 26.07 |
| 8/10/2025 | Grubhub | Hicks trial dinner | 152.75 |
| 8/10/2025 | Grubhub | dinner during trial | 19.77 |
| 8/10/2025 | Grubhub | hicks trial meal | 56.67 |
| 8/10/2025 | Grubhub | trial meal (dinner 8/10) | 33.17 |
| 8/10/2025 | Grubhub | trial dinner | 64.35 |

| 8/11/2025 | FoCoSS Forensics | Uber from Renaissance Philadelphia Hotel to PHL airport for expert Dupre. | 40.98 |
|---|---|---|---|
| 8/11/2025 | FoCoSS Forensics | MHT airport parking garage fee for expert Dupre. | 42.00 |
| 8/11/2025 | Sixth Street Snack | Sixth Street Snack | 4.3 |
| 8/11/2025 | Olivier Cafe | Travel Meal for A. Green | 23.31 |
| 8/12/2025 | American Airlines | Roundtrip Flight for Expert R. Fischer to Trial | 955.47 |
| 8/12/2025 | La Colombe | Travel Meal for N. Brustin | 5.86 |
| 8/12/2025 | Lyft | Car for J. Park to Target for Trial Team Supplies (tip) | 2 |
| 8/12/2025 | Lyft | Car for J. Park from Target for Trial Team Supplies (tip) | 2 |
| 8/12/2025 | Lyft | Car for J. Park to Target for Trial Team Supplies | 8.63 |
| 8/12/2025 | Lyft | Car for J. Park from Target for Trial Team Supplies | 8.58 |
| 8/12/2025 | First Daughter | Travel Meal for N. Brustin | 111.24 |
| 8/12/2025 | Buddakan | Travel Meal for A. Green | 52.28 |
| 8/12/2025 | Instacart | Trial Groceries | 81.2 |
| 8/13/2025 | Amtrak | Train for P. Neufeld to NYC After Trial | 22.5 |
| 8/13/2025 | Amtrak | Train for P. Neufeld to NYC After Trial (additional fare) | 9 |
| 8/13/2025 | Amtrak | Train for Expert R. Mitchell to Philly for Trial | 182 |
| 8/13/2025 | Amtrak | Refund for Train for P. Neufeld | -22.5 |
| 8/13/2025 | Blacklane | Car for Expert R. Fischer - Airport to Hotel for Trial | 116.89 |
| 8/13/2025 | Bolt Laundry | Laundry for Trial Team | 42.34 |
| 8/13/2025 | Caviar | Travel Meal for N. Brustin | 36.3 |
| 8/13/2025 | La Colombe | Travel Meal for N. Brustin | 24.84 |
| 8/13/2025 | Renaissance Downtown Philadelphia | Hotel Tip | 100 |
| 8/14/2025 | Ruth Ballard | Flight to Philadelphia for Trial for Ballard | 991.17 |
| 8/14/2025 | Ruth Ballard | Uber from PHL airport to hotel for expert Ballard. | 36.95 |
| 8/14/2025 | American Airlines | Roundtrip Flight for Expert B. Koenig to Trial | 773.96 |
| 8/14/2025 | Bolt Laundry | Laundry for N. Brustin | 49.34 |
| 8/14/2025 | Society Hill | Travel Meal for N. Brustin | 45.5 |
| 8/15/2025 | Russ Fischer | Airport parking fee for expert Fischer. | 44.00 |
| 8/15/2025 | Russ Fischer | Airline baggage fees for expert Fischer. | 70.00 |
| 8/15/2025 | Hotel Monaco | Hotel for Expert R. Fischer - Trial | 800.68 |
| 8/15/2025 | Oh Brother Wood | Travel Meal for A. Green | 20.48 |
| 8/16/2025 | Ruth Ballard | Uber from hotel to PHL airport for expert Ballard. | 37.65 |

15

| 8/16/2025 | Ruth Ballard | Airfare from PHL to SLO for expert Ballard. | 246.65 |
|---|---|---|---|
| 8/16/2025 | Ruth Ballard | Meals in Philadelphia for expert Ballard during trial | 81.20 |
| 8/16/2025 | Blacklane | Car for Expert R. Fischer - Hotel to Airport | 120.69 |
| 8/16/2025 | Lyft | Cancelled Ride - E. Freudenberger | 5.45 |
| 8/16/2025 | New Lees Cleaners | Laundry Needs for A. Green During Trial | 17 |
| 8/16/2025 | Olivier Cafe | Travel Meal for A. Green | 25.6 |
| 8/16/2025 | Buddakan | Travel Meal for Hicks Team - Trial | 319.27 |
| 8/16/2025 | Instacart | Trial Groceries | 180.57 |
| 8/16/2025 | Instacart | Groceries for Trial Team | 130.59 |
| ~~8/17/2025~~ | ~~Amazon Marketplace~~ | ~~Extra Laptop Chargers for Trial Team~~ | ~~45.23~~[7] |
| 8/17/2025 | Frieda | Travel Meal for A. Green | 45.76 |
| 8/17/2025 | National Black Law | Travel Meal for A. Green | 27.68 |
| 8/17/2025 | The Plough | Travel Meal for N. Brustin | 40.84 |
| 8/17/2025 | Uber | Local Travel for A. Green | 7.94 |
| 8/17/2025 | Renaissance Downtown Philadelphia | Hotel Tip | 100 |
| 8/18/2025 | Amtrak | Train for Witness D. Nicholson from Philly to Baltimore After Trial | 38.7 |
| 8/18/2025 | Grubhub | Travel Meal for N. Brustin | 34.96 |
| 8/18/2025 | Cafe 3006 | Travel Meal for N. Brustin | 29.84 |
| 8/19/2025 | Etollavis | Tolls on Trip to Philly for Load-In | 6 |
| 8/19/2025 | Grubhub | Travel Meal for N. Brustin | 25.87 |
| 8/20/2025 | Lyft | Car for Tyhease Hicks to Court for Trial | 125.8 |
| 8/20/2025 | Lyft | Car for Tyhease Hicks to Court for Trial (tip) | 25.16 |
| 8/20/2025 | Grubhub | Travel Meal for N. Brustin | 65.97 |
| 8/20/2025 | Caviar | Travel Meal for N. Brustin | 55.51 |
| 8/20/2025 | Renaissance Downtown Philadelphia | Hotel Tip | 100 |
| 8/21/2025 | WAWA | Travel Meal for N. Brustin | 5.95 |
| 8/22/2025 | 7 Eleven | Travel Meal for N. Brustin | 21.58 |
| 8/22/2025 | Etollavis | Tolls on Trip to Philly for Load-In | 17.14 |
| 8/22/2025 | La Colombe | Travel Meal for E. Freudenberger | 55.73 |
| 8/22/2025 | Lyft | Car for Tyron McClendon to Court (tip & wait) | 29.2 |

[7] Amended in Grace Paras's 1/16/2026 email, DI 480-13 at 2.

| 8/22/2025 | Lyft | Car for Tyron McClendon to Court | 142.86 |
| 8/22/2025 | Lyft | Car for Tyron McClendon Home from Court (tip) | 21.21 |
| 8/22/2025 | Lyft | Car for Tyron McClendon Home from Court | 106.06 |
| 8/22/2025 | High Street PHI | Travel Meal for N. Brustin | 56.44 |
| 8/22/2025 | Talula's Garden | Travel Meal for N. Brustin | 75.92 |
| 8/22/2025 | Society Hill | Travel Meal for E. Freudenberger | 252.22 |
| 8/23/2025 | Coffee Tea & Company | Travel Meal for N. Brustin | 14.82 |
| 8/23/2025 | Lyft | Car for A. Taylor - Groceries for Trial Team | 15.02 |
| 8/23/2025 | City Pizza | Travel Meal for N. Brustin | 7.38 |
| 8/23/2025 | First Daughter | Travel Meal for N. Brustin | 21.48 |
| 8/23/2025 | Olivier Cafe | Travel Meal for A. Green | 31.81 |
| 8/23/2025 | Royal Boucherie | Travel Meal for N. Brustin | 63.14 |
| 8/24/2025 | ACME | Travel Meal for A. Green | 12.98 |
| 8/24/2025 | ACME | Travel Meal for N. Brustin | 3.23 |
| 8/24/2025 | Caviar | Travel Meal for N. Brustin | 42.51 |
| 8/24/2025 | Cafe Square One | Travel Meal for A. Green | 52.89 |
| 8/24/2025 | Olivier Cafe | Travel Meal for A. Green | 15.12 |
| 8/24/2025 | Grubhub | Hicks Trial - Lunch - 08/11/25 | 303.36 |
| 8/24/2025 | Grubhub | Hicks trial team group dinner | 216.84 |
| 8/24/2025 | Grubhub | Peter dinner during Hicks trial | 38.99 |
| 8/24/2025 | Grubhub | Hicks - 08/12/25 | 90.78 |
| 8/24/2025 | Grubhub | Hicks trial dinner | 36.1 |
| 8/24/2025 | Grubhub | trial meal | 54.75 |
| 8/24/2025 | Grubhub | Hicks Trial - Dinner - 08/13/2025 | 69.86 |
| 8/24/2025 | Grubhub | trial | 38.99 |
| 8/24/2025 | Grubhub | Hicks Trial Lunch | 219.41 |
| 8/24/2025 | Grubhub | Hicks Trial Lunch | 196.27 |
| 8/24/2025 | Grubhub | Termaine prep lunch | 110.38 |
| 8/24/2025 | Grubhub | Hicks Trial - Lunch - 8/16/2025 | 28.03 |
| 8/24/2025 | Grubhub | trial meal | 27.05 |
| 8/24/2025 | Grubhub | Trial | 25.91 |
| 8/24/2025 | Grubhub | Hicks - Dinner - 8/16/2025 | 95.84 |
| 8/24/2025 | Grubhub | group trial dinner | 99.46 |

17

| 8/24/2025 | Grubhub | Hicks - Breakfast - 8/17/2025 | 31.08 |
|---|---|---|---|
| 8/24/2025 | Grubhub | trial lunch | 24.37 |
| 8/24/2025 | Grubhub | Trial – meal for Grace & Katrina. | 35.73 |
| 8/24/2025 | Grubhub | trial - dinner for most of team | 136.73 |
| 8/24/2025 | Grubhub | Hicks trial lunch | 232.95 |
| 8/24/2025 | Grubhub | trial | 25.19 |
| 8/24/2025 | Grubhub | trial dinner | 39.24 |
| 8/24/2025 | Grubhub | Hicks Trial - Food for Bruce Koenig | 25.29 |
| 8/24/2025 | Grubhub | hicks team dinner | 77.94 |
| 8/24/2025 | Grubhub | Hicks Trial - Lunch - 08/19/2025 | 244.27 |
| 8/24/2025 | Grubhub | trial meal for team members | 80.99 |
| 8/24/2025 | Grubhub | Hicks  Trial - Dinner - 8/19/2025 | 62.27 |
| 8/24/2025 | Grubhub | trial meal | 21.4 |
| 8/24/2025 | Grubhub | Hicks trial lunch | 250.33 |
| 8/24/2025 | Grubhub | hicks trial meal | 59.25 |
| 8/24/2025 | Grubhub | Hicks Trial - Lunch - 08/21/2025 | 242.71 |
| 8/24/2025 | Grubhub | Hicks dinner | 31.56 |
| 8/24/2025 | Grubhub | Hicks dinner | 31.57 |
| 8/24/2025 | Grubhub | Hicks Trial - Dinner - 8/21/2025 (For Katie M., Alfred and Emma) | 104.31 |
| 8/24/2025 | Grubhub | trial meal | 25 |
| 8/24/2025 | Grubhub | trial dinner | 41.03 |
| 8/24/2025 | Grubhub | Hicks trial lunch | 236.14 |
| 8/24/2025 | Grubhub | trial dinner | 34.91 |
| 8/24/2025 | Grubhub | Hicks Trial - Breakfast - 8/23/2025 | 24.72 |
| 8/24/2025 | Grubhub | trial lunch | 99.9 |
| 8/24/2025 | Grubhub | Trial meal | 25.91 |
| 8/24/2025 | Grubhub | Trial meal | 59.23 |
| 8/24/2025 | Grubhub | Hicks - Breakfast - 08/24/2025 | 24.72 |
| 8/24/2025 | Grubhub | trial dinner | 26.08 |
| 8/24/2025 | Joanne Park | Laundry for Trial team | 40 |
| 8/25/2025 | La Colombe | Travel Meal for N. Brustin | 6.86 |
| 8/25/2025 | Cafe 3006 | Travel Meal for N. Brustin | 29.84 |

| 8/26/2025 | Caviar | Travel Meal for N. Brustin | 42.51 |
|---|---|---|---|
| 8/26/2025 | La Colombe | Travel Meal for N. Brustin | 6.86 |
| 8/26/2025 | Lyft | Car for K. Rogachevsky to Trial | 33.99 |
| 8/26/2025 | Lyft | Car for K. Rogachevsky to Trial (tip) | 6.8 |
| 8/26/2025 | Lyft | Car for K. Rogachevsky Home from Trial (tip) | 30.43 |
| 8/26/2025 | Lyft | Car for K. Rogachevsky Home from Trial (tip) | 6.09 |
| 8/26/2025 | Grubhub | Travel Meal for N. Brustin | 44.98 |
| 8/27/2025 | Amtrak | Train from Trial to NYC for A. Taylor | 48 |
| 8/27/2025 | La Colombe | Travel Meal for E. Freudenberger | 28.35 |
| 8/27/2025 | La Colombe | Travel Meal for N. Brustin | 6.86 |
| 8/27/2025 | Lascalas Fire | Travel Meal for Trial Team | 237.64 |
| 8/27/2025 | Lyft | Car for J. Park to Train After Trial | 16.85 |
| 8/27/2025 | Lyft | Car for J. Park to Train After Trial (tip) | 4 |
| 8/27/2025 | Lyft | Car for K. Rogachevsky to Trial (tip) | 6.67 |
| 8/27/2025 | Lyft | Car for K. Rogachevsky to Trial | 22.99 |
| 8/27/2025 | Renaissance Downtown Philadelphia | Hotel Tip | 100 |
| 8/28/2025 | Lyft | Car Home from Train After Trial for K. Cion / G. Paras (tip) | 9.72 |
| 8/28/2025 | Lyft | Car Home from Train After Trial for K. Cion / G. Paras | 64.83 |
| 8/28/2025 | Lyft | Ride Home for E. Freudenberger - Trial Prep | 23.99 |
| 8/28/2025 | Lyft | Ride Home for E. Freudenberger - Trial Prep (tip) | 3.6 |
| 8/28/2025 | Lyft | Car for K. McCarthy to Train After Trial | 15.15 |
| 8/28/2025 | Lyft | Car for K. McCarthy to Train After Trial (tip) | 5 |
| 8/28/2025 | Lyft | Car for A. Taylor to Train After Trial | 14.03 |
| 8/28/2025 | Lyft | Car for K. McCarthy Home from Train After Trial | 28.55 |
| 8/28/2025 | Uber | Travel Home for A. Green After Trial | 228.56 |
| 8/28/2025 | Uber | Local Travel for N. Brustin | 10.77 |
| 8/28/2025 | Uber | Travel for N. Brustin / E. Freudenberger Home From Philly After Trial | 352.23 |
| 9/1/2025 | BEK TEK LLC | Uber charge for expert Koenig transportation between PHL and hotel. | 40.96 |
| 9/1/2025 | BEK TEK LLC | Uber charge for expert Koenig transportation between hotel and PHL. | 45.94 |

19

| 9/3/2025 | Grace Paras | Subway, taxi, Amtrak for Trial | 122.55 |
|---|---|---|---|
| 9/3/2025 | Grace Paras | Meals from Trial | ~~903.94~~ **765.83**[8] |
| 9/3/2025 | Mary McCarthy | Transportation for Trial | 388 |
| 9/3/2025 | Mary McCarthy | Meals during trial | 1155.57 |
| 9/3/2025 | Mary McCarthy | Misc during trial | 153.7 |
| 9/7/2025 | Grubhub | Hicks Trial Lunch | 228.57 |
| 9/7/2025 | Grubhub | trial dinner | 36.71 |
| 9/7/2025 | Grubhub | trial | 37.29 |
| 9/7/2025 | Grubhub | hicks trial dinner | 30.33 |
| 9/7/2025 | Grubhub | trial | 29.26 |
| 9/7/2025 | Grubhub | trial dinner | 41.5 |
| 9/7/2025 | Grubhub | Hicks trial meal | 50.63 |
| 9/7/2025 | Grubhub | Hick Trial - Dinner - 08/26/2025 | 33.09 |
| 9/7/2025 | Grubhub | TRIAL | 44.03 |
| 9/7/2025 | Grubhub | trial dinner | 62.96 |
| 9/7/2025 | Grubhub | Hicks Trial - 08/27/2025 | 278.58 |
| 9/17/2025 | Joanne Park | Reimbursements for food and case expenses during Hicks trial | 585.97 |
| 9/17/2025 | Katie Cion | Cabs for Hicks Trial | 18.6 |
| 9/17/2025 | Katie Cion | Meals during Hicks Trial | 551.94 |
| 9/17/2025 | Peter Neufeld | Travel Meal for P. Neufeld | 43.52 |
| 9/17/2025 | Peter Neufeld | Travel for P. Neufeld to Train for Trial | 46.24 |
| 9/17/2025 | Peter Neufeld | Local Travel for P. Neufeld | 15 |
| 9/17/2025 | Peter Neufeld | Travel Meal for P. Neufeld | 33.28 |
| 9/17/2025 | Peter Neufeld | Travel Meal for P. Neufeld | 11.86 |
| 9/17/2025 | Peter Neufeld | Travel Home for P. Neufeld After Trial | 49.14 |
| 10/16/2025 | Renaissance Downtown Philadelphia | Hotel for Trial | 30,456.06 |
| | | **Total** | ~~$59,737.27~~ |

---

[8] Subtracting the line item for "Drinks for Team" ($113.96) and the August 6, 2025 "Trial Meal" ($24.15). *See* NSB Hicks 038271. The first item was subtracted in Grace Paras's 1/16/2026 email, DI 480-13 at 2. The second item was identified as an additional expense that should be withdrawn after Defendants filed their response in opposition.

| | | | $70,647.61[9] |
|---|---|---|---|

---

[9] The updated total reflects the correction of the arithmetic issue in the original total (which should have been $70,863.66), as well as the additional removal of identified expenses (which add up to $216.05).

## AMENDED CHART 10
### Trial Costs

| Date | Name | Memo/Description | Amount |
|------|------|------------------|--------|
| 7/3/2025 | ConnectNetwork | Prison call fees with Victor Adams | 5 |
| 7/11/2025 | Charles C Thomas | Spitz/Fischer Medicolegal Investigation of Death, Purchase of Online Treatise Trial Exhibit | 119.95 |
| 7/24/2025 | Amazon Marketplace | Office Supplies for Trial | 19.34 |
| 7/26/2025 | Amazon Marketplace | Office Supplies for Trial | 116.82 |
| 7/26/2025 | Staples | Office Supplies for Trial | 1607.96 |
| 7/26/2025 | Staples | Office Supplies for Trial | 72.03 |
| 7/26/2025 | Amazon Marketplace | Office Supplies for Trial | 450.42 |
| 7/31/2025 | Complete Document | Upfront Delivery Cost for Printer Rental | 556.2 |
| 7/31/2025 | Duane Reade | Supplies for Trial Team | 37 |
| 7/31/2025 | Staples | Office Supplies for Trial | 13.59 |
| 8/1/2025 | Staples | Supplies for Trial | 135.1 |
| 8/4/2025 | eBay | Demonstrative for Trial | 84.79 |
| 8/4/2025 | Amazon Marketplace | Hotspots for Trial | 278.98 |
| ~~8/5/2025~~ | ~~Amazon Marketplace~~ | ~~Sim Card Extender for Hotspots~~ | ~~29.66[10]~~ |
| 8/5/2025 | Amazon Marketplace | Demonstrative for Trial | 22.39 |
| 8/5/2025 | GAP Online | Demonstrative for Trial | 24 |
| ~~8/6/2025~~ | ~~Sara Canter~~ | ~~Sim Cards and Data Plans for Hotspots~~ | ~~158.52[11]~~ |
| 8/7/2025 | Staples | Trial Supplies | 323.95 |
| ~~8/7/2025~~ | ~~Amazon Marketplace~~ | ~~Sim Card Extender for Hotspots~~ | ~~26.48[12]~~ |
| 8/7/2025 | Amazon Marketplace | Trial Supplies | 31.77 |
| 8/7/2025 | CVS | Supplies for Trial Team | 45.31 |
| 8/10/2025 | CVS | Supplies for Trial Team | 31.37 |
| ~~8/12/2025~~ | ~~Amazon Marketplace~~ | ~~Lamp for A. Green's Hotel Room~~ | ~~91.14[13]~~ |
| 8/14/2025 | Instacart | Restock of Copy Paper | 104.19 |

[10] Amended in Grace Paras's 1/16/2026 email, DI 480-13 at 2.

[11] Amended in Grace Paras's 1/16/2026 email, DI 480-13 at 3.

[12] Amended in Grace Paras's 1/16/2026 email, DI 480-13 at 3.

[13] Amended in Grace Paras's 1/16/2026 email, DI 480-13 at 3.

| 8/15/2025 | Scott Brown | Wifi for Trial Team in Conference Room at Hotel During Trial | 912.64 |
|---|---|---|---|
| 8/17/2025 | CVS | Supplies for Trial Team | 17.14 |
| 8/17/2025 | Party Headphones | Headphones for Jury at Trial | 446.28 |
| 8/18/2025 | Amazon Marketplace | Printer Cartridges for Brother Printer | 47.81 |
| 8/18/2025 | IMS Legal Strategy | INV-022195 – Trial Strategy and Consulting from IMS Legal Strategies | 3937.50 |
| 8/18/2025 | IMS Legal Strategy | INV-022195 – IMS Senior Design Consultants and graphics creation for trial, including for trial demonstratives and closing presentation | 2558.38 |
| 8/18/2025 | IMS Legal Strategy | INV-022195 – Tax | 152.69 |
| 8/22/2025 | Scott Brown | Wifi for Trial Team in Board Room | 958.3 |
| 8/23/2025 | CVS | Supplies for Trial Team | 34.84 |
| 8/26/2025 | Pro Courier, Inc | Pickup of Trial Material at End of Trial | 467 |
| 8/27/2025 | Pro Courier, Inc | Additional Amount for Trial Material Pickup | 58 |
| 9/3/2025 | Townson Litigation Consulting | Invoice #1190 – Hicks v. City of Philadelphia | 19551.68 |
| 9/25/2025 | Complete Document Solutions | Printer Rental for Trial | 2615.04 |
| 9/25/2025 | IMS Legal Strategy | INV-022730 – Trial Strategy and Consulting from IMS Legal Strategies | 1125.00 |
| 9/25/2025 | IMS Legal Strategy | INV-022730 – IMS Senior Design Consultants and graphics creation for trial, including for trial demonstratives and closing presentation | 21167.31 |
| 9/25/2025 | IMS Legal Strategy | INV-022730 – James Smith - Senior Technology Consultant/ Trial Tech | 196.88 |
| 9/25/2025 | IMS Legal Strategy | INV-022730 – Tax | 1709.24 |
| 9/25/2025 | IMS Legal Strategy | INV-023201 – IMS Senior Design Consultants and graphics creation for trial, including for trial demonstratives and closing presentation | 8279.18 |
| 9/25/2025 | IMS Legal Strategy | INV-023201 – James Smith - Senior Technology Consultant/ Trial Tech | 57263.25 |
| 9/25/2025 | IMS Legal Strategy | INV-023201 – Tax | 1296.58 |
| | | **Total** | ~~$127,180.70~~ **$126,874.90**[14] |

---

[14] The updated total reflects the removal of identified expenses (which add up to $305.80).