CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

**RENEE GARCIA**
Philadelphia City Solicitor

**BENJAMIN T. JACKAL**
Senior Attorney
Civil Rights Unit
215-683-5434
ben.jackal@phila.gov

The Honorable John F. Murphy
District Court Judge
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 3-B

August 17, 2026

Re: Defendants' Response to Court's Order (ECF 512), Hicks v. City of Philadelphia, et al., No. 22-cv-977

Dear Judge Murphy:

Defendants hereby respond to the Court's August 14, 2026 order, which directed the parties to "confirm by written response on the docket that they waive a hearing on the dispute surrounding appropriate billing rates, or, if any party demands a hearing, explain why." ECF 512.

Defendants waive an evidentiary hearing on the question of which forum's rates apply to Plaintiff's fee petition. For the reasons set forth in their opposition to Plaintiff's fee motion (ECF 480, at 5–9) and sur-reply (ECF 502, at 1–4), Plaintiff has not met the threshold requirement to prove an exception under Interfaith, as he offers no evidence that he actually searched for local counsel willing to take the case and found none. Accordingly, as the Honorable Mitchell S. Goldberg correctly determined, Philadelphia rates apply.

Although Defendants do not believe there is any factual dispute to be resolved through an evidentiary hearing, they respectfully request the opportunity for oral argument on all aspects of Plaintiff's fee petition.

If Defendants may provide any assistance to the Court, please do not hesitate to contact us.

Respectfully submitted,

*/s/ Benjamin T. Jackal*
Benjamin T. Jackal
Andrew Pomager
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

*Counsel for Defendants, the City of Philadelphia, Arthur Campbell, and Mary Bridget Smith, as Personal Representative of the Estate of Brian Smith*

*/s/ Katelyn Mays*
Katelyn Mays
Joseph Zaffarese
Aleena Y. Sorathia
Ahmad Zaffarese LLC 1 S. Broad St., Suite 1910 Philadelphia, PA 19107

*Counsel for Defendants, Robert Ellis, Martin Vinson, and Dennis Zungolo*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERMAINE HICKS,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action** |
| | : | **No. 2:22-cv-0977** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the foregoing Letter in Response to the Court's Order (ECF 512), has been filed on ECF and is available for viewing and downloading.

Respectfully submitted:

Date: August 17, 2026

/s/ *Benjamin T. Jackal*
Benjamin T. Jackal
Senior Attorney
Attorney Identification No. 319274
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5434
*ben.jackal@phila.gov*

*Counsel for Defendants, the City of Philadelphia, Arthur Campbell, and Mary Bridget Smith, as Personal Representative of the Estate of Brian Smith*