**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERMAINE HICKS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-977** |
| | : | |
| **CITY OF PHILADELPHIA, *et. al.*** | : | |

## ORDER

**AND NOW**, this 18th day of August 2026, upon considering plaintiff's motion for attorney's fees and costs (DI 466), defendants' opposition (DI 480), plaintiff's reply (DI 489), defendants' sur-reply (DI 502), Special Master Hon. Mitchell S. Goldberg's report and recommendation (DI 497), plaintiff's objections (DI 503), defendants' response (DI 508), plaintiff's notice of supplemental exhibits (DI 509), and plaintiff's reply (DI 510), and for the reasons in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's motion for attorney's fees and costs (DI 466) is **GRANTED in part** and **DENIED in part**.

2. We conclude that New York rates apply and that a 40% reduction of the requested hours (applied to the fee request as a whole) is warranted. We thus award Mr. Hicks a total of $4,941,498.75 in attorney's fees. We also conclude that the record warrants a 30% reduction in the costs requested, so we award Mr. Hicks a total of $235,316.21 in costs. Mr. Hicks's total award is $5,176,814.96.

3. The Clerk of Court shall **close** this case.

**MURPHY, J.**