**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERMAINE HICKS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-977** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*** | : | |

# ORDER AND FINAL JUDGMENT

**MURPHY, J.** **September 24, 2026**

**AND NOW,** this 24th day of September 2026, upon consideration of plaintiff's supplemental motion for attorneys' fees and costs and for entry of judgment (DI 517), defendants' response (DI 518), and plaintiff's reply (DI 522), it is **ORDERED** that:

1. Plaintiff's motion for supplemental attorneys' fees and costs and for entry of judgment is **GRANTED** in part and **DENIED** in part;

2. A reduction of the requested supplemental fees and costs is warranted. We award plaintiff supplemental attorneys' fees of $132,354.95 and supplemental costs of $3,440.40, for a total supplemental award of $135,795.35. Post-judgment interest on the supplemental award of fees and costs shall run from September 24, 2026 at the rate set by 28 U.S.C. § 1961(a);

3. We **GRANT** plaintiff's request for clarification as to the dates and rates that interest began accruing:

   a. Post-judgment interest on the $5,176,814.96 initial fee award shall run from August 18, 2026 at the rate set by 28 U.S.C. § 1961(a). *See* DI 516; *Eaves v. County of Cape May,* 239 F.3d 527, 534 (3d Cir. 2001);

   b. Post-judgment interest on the $3,000,000.00 verdict shall run from August 28, 2025 at the rate set by 28 U.S.C. § 1961(a). *See* DI 413; *In re Lower Lake*

*Erie Iron Ore Antitrust Litig.*, 998 F.2d 1144, 1177 (3d Cir. 1993);

4. We **GRANT** plaintiff's request for clarification as to the date of entry of final judgment on the verdict and the initial fee award. Final judgment was entered as to both on August 18, 2026. DI 516; DI 494 at 2 n.1.

5. **FINAL JUDGMENT** is entered in favor of the plaintiff with respect to their supplemental fee award.

/s/John F. Murphy, U.S.D.J.

**MURPHY, J.**